UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re REFCO, INC. SECURITIES LITIGATION        :        05 Civ. 8626 (GEL)
                                                            :
------------------------------------------------------------x
                                                            :
AMERICAN FINANCIAL INTERNATIONAL     :            **ORDER**
GROUP–ASIA, L.L.C. et al.,                           :
                                                            :
                        Plaintiffs,                     :
                                                            :        05 Civ. 8988 (GEL)
        -against-                                      :
                                                            :
PHILLIP R. BENNETT et al.,                       :
                                                            :
                        Defendants.                   :
                                                            :
------------------------------------------------------------x
                                                            :
CHRISTOPHER CARMONA, derivatively on  :
behalf of THE GOLDMAN SACHS GROUP,    :
INC.,                                                      :
                                                            :
                        Plaintiff,                       :
                                                            :        05 Civ. 9327 (GEL)
        -against-                                      :
                                                            :
HENRY M. PAULSON et al.,                      :
                                                            :
                        Defendants,                  :
        -and-                                             :
                                                            :
THE GOLDMAN SACHS GROUP, INC.,       :
a Delaware corporation,                             :
                                                            :
                        Nominal Defendant.       :
                                                            :
------------------------------------------------------------x
                                                            :
THOMAS H. LEE EQUITY FUND V, L.P. et al., :
                                                            :
                        Plaintiffs,                     :
                                                            :        05 Civ. 9608 (GEL)
        - against-                                     :

| | | |
|---|---|---|
| PHILLIP R. BENNETT et al., | : | |
| Defendants. | : | |
| ---------------------------------------------------------------x | : | |
| In re REFCO CAPITAL MARKETS, LTD. BROKERAGE CUSTOMER SECURITIES LITIGATION | : | 06 Civ. 643 (GEL) |
| ---------------------------------------------------------------x | : | |
| THOMAS H. LEE EQUITY FUND V, L.P. et al., | : | |
| Plaintiffs, | : | 07 Civ. 6767 (GEL) |
| - against- | : | |
| MAYER, BROWN, ROWE & MAW LLP, | : | |
| Defendant. | : | |
| ---------------------------------------------------------------x | : | |
| MARC S. KIRSCHNER, as Trustee of the Refco Litigation Trust, | : | |
| Plaintiff, | : | 07 Civ. 7074 (GEL) |
| - against- | : | |
| THOMAS H. LEE PARTNERS, L.P. et al., | : | |
| Defendants. | : | |
| ---------------------------------------------------------------x | : | |
| AXIS REINSURANCE COMPANY, | : | |
| Plaintiff, | : | 07 Civ. 7924 (GEL) |
| - against- | : | |
| PHILLIP R. BENNETT et al., | : | |

```
                                              :
                      Defendants.             :
                                              :
-----------------------------------------------x
                                              :
MARC S. KIRSCHNER, as Trustee of the          :
Refco Private Actions Trust,                  :
                                              :
                      Plaintiff,              :
                                              :           07 Civ. 8165 (GEL)
       - against-                             :
                                              :
PHILLIP R. BENNETT et al.,                    :
                                              :
                      Defendants.             :
                                              :
-----------------------------------------------x
                                              :
THOMAS H. LEE EQUITY FUND V, L.P. et al.,     :
                                              :
                      Plaintiffs,             :
                                              :           07 Civ. 8663 (GEL)
       - against-                             :
                                              :
GRANT THORNTON LLP,                           :
                                              :
                      Defendant.              :
                                              :
-----------------------------------------------x
                                              :
VR GLOBAL PARTNERS, L.P. et al.,              :
                                              :
                      Plaintiffs,             :
                                              :           07 Civ. 8686 (GEL)
       - against-                             :
                                              :
PHILLIP R. BENNETT et al.,                    :
                                              :
                      Defendants.             :
                                              :
-----------------------------------------------x
                                              :
CAPITAL MANAGEMENT SELECT FUND                :
LTD. et al.,                                  :
                      Plaintiffs,             :
```

3

|                                                      |   |                   |
|------------------------------------------------------|---|-------------------|
| - against-                                           | : | 07 Civ. 8688 (GEL) |
| PHILLIP R. BENNETT et al.,                           | : |                   |
|                                  <u>Defendants</u>. | : |                   |

------------------------------------------------------------x

|                                                      |   |                   |
|------------------------------------------------------|---|-------------------|
| MARC S. KIRSCHNER, as Trustee of the Refco Litigation Trust, | : |           |
|                                  <u>Plaintiff</u>,  | : | 07 Civ. 9238 (GEL) |
| - against-                                           | : |                   |
| THOMAS HACKL et al.,                                 | : |                   |
|                                  <u>Defendants</u>. | : |                   |

------------------------------------------------------------x

GERARD E. LYNCH, <u>District Judge</u>:

     The above-captioned cases constitute all of the Refco-related cases currently pending on this Court's docket.  In the interest of determining a fair and efficient manner to coordinate discovery and briefing schedules in these related cases, it is hereby ORDERED that counsel for all parties in the above-captioned cases shall appear for a status conference before this Court at 3:30 p.m. on November 30, 2007.

SO ORDERED.

Dated:  New York, New York
       October 24, 2007

                                                                  GERARD E. LYNCH
                                                 United States District Judge