# KAUFMAN BORGEEST & RYAN LLP

ATTORNEYS AT LAW

200 SUMMIT LAKE DRIVE
VALHALLA, NEW YORK 10595

TELEPHONE: 914-741-6100
FACSIMILE: 914-741-0025
www.kbrlaw.com

November 15, 2007

MEMO ENDORSED

**VIA FACSIMILE AND ECF**

Honorable Gerard E. Lynch
United States District Court for the
Southern District of New York
500 Pearl Street, Room 910
New York, NY 10007



Re: Axis Reinsurance Company v. Phillip Bennett, et al.
Index No.: 07-CV-07924 (GEL) and related cases

Dear Judge Lynch:

This firm represents Axis Reinsurance Company ("Axis") in connection with the captioned actions. Further to Ms. Moses's November 9, 2007 letter and our conference before Your Honor on November 8, 2007, Axis requests a waiver of the 25 page limitation for its brief on appeal. Axis will be submitting one brief combining the appeal of the dismissal of Axis's complaint and the appeal of the summary judgment Order granting the advancement of defense costs (including the appeal of two preliminary injunction Orders, which were subsumed by the summary judgment Order.) There are substantial legal and factual arguments to be raised in this brief. Accordingly, Axis requests a waiver from Section 2.D. of Your Honor's individual practices. Axis expects it will need no more than 40 pages for its brief on appeal and 25 pages on reply. Opposing counsel do not object to Axis's request.

Ltr. to Honorable Gerard E. Lynch
Page 2 of 2

  Opposing counsel also asked that we convey their request to submit three different 40 page briefs in opposition to Axis's brief on appeal. Axis does not oppose this request.

  Accordingly, the parties jointly request Your Honor's maximum page limitations be extended as follows:

  Axis's brief on appeal: one 40 page brief
  Insureds' opposition briefs: three 40 page briefs
  Axis's reply brief: one 25 page brief.

  All briefs will include a table of contents and a table of authorities.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

Joan M. Gilbride
Ann Marie Collins
Robert A. Benjamin

cc: all counsel (via email)

*Granted. The Court trusts that all counsel are aware that concise briefs are persuasive briefs, and will use only as many pages as are necessary. In particular, the Court encourages appellees to cooperate to avoid unnecessary duplication of issues and arguments, as it is hardly apparent why 40 pages of appeal should require 120 pages of opposition.

SO ORDERED

GERARD E. LYNCH, U.S.D.J.
11/17/07

KAUFMAN BORGEEST & RYAN LLP