USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
In re REFCO, INC. SECURITIES LITIGATION : 05 Civ. 8626 (GEL)
:
:
------------------------------------------------------------x
:
AMERICAN FINANCIAL INTERNATIONAL : **ORDER**
GROUP–ASIA, L.L.C. et al., :
:
Plaintiffs, :
: 05 Civ. 8988 (GEL)
-against- :
:
PHILLIP R. BENNETT et al., :
:
Defendants. :
:
------------------------------------------------------------x
:
CHRISTOPHER CARMONA, derivatively on :
behalf of THE GOLDMAN SACHS GROUP, :
INC., :
:
Plaintiff, :
:
: 05 Civ. 9327 (GEL)
-against- :
:
HENRY M. PAULSON et al., :
:
Defendants, :
-and- :
:
THE GOLDMAN SACHS GROUP, INC., :
a Delaware corporation, :
:
Nominal Defendant. :
:
------------------------------------------------------------x
:
THOMAS H. LEE EQUITY FUND V, L.P. et al., :
:
Plaintiffs, :
: 05 Civ. 9608 (GEL)
- against- :

| | | |
|---|---|---|
| PHILLIP R. BENNETT et al., | : | |
| Defendants. | : | |
| ------------------------------------------------------------x | | |
| In re REFCO CAPITAL MARKETS, LTD. BROKERAGE CUSTOMER SECURITIES LITIGATION | : : : : | 06 Civ. 643 (GEL) |
| ------------------------------------------------------------x | | |
| THOMAS H. LEE EQUITY FUND V, L.P. et al., | : | |
| Plaintiffs, | : : | 07 Civ. 6767 (GEL) |
| - against- | : | |
| MAYER, BROWN, ROWE & MAW LLP, | : | |
| Defendant. | : | |
| ------------------------------------------------------------x | | |
| MARC S. KIRSCHNER, as Trustee of the Refco Litigation Trust, | : : | |
| Plaintiff, | : : | 07 Civ. 7074 (GEL) |
| - against- | : | |
| THOMAS H. LEE PARTNERS, L.P. et al., | : | |
| Defendants. | : | |
| ------------------------------------------------------------x | | |
| AXIS REINSURANCE COMPANY, | : | |
| Plaintiff, | : : | 07 Civ. 7924 (GEL) |
| - against- | : | |
| PHILLIP R. BENNETT et al., | : | |

2

|  |  |
|---|---|
| Defendants. | : |
| ------------------------------------------------------------x | |
| MARC S. KIRSCHNER, as Trustee of the Refco Private Actions Trust, | : |
| Plaintiff, | : |
| - against- | : 07 Civ. 8165 (GEL) |
| PHILLIP R. BENNETT et al., | : |
| Defendants. | : |
| ------------------------------------------------------------x | |
| THOMAS H. LEE EQUITY FUND V, L.P. et al., | : |
| Plaintiffs, | : |
| - against- | : 07 Civ. 8663 (GEL) |
| GRANT THORNTON LLP, | : |
| Defendant. | : |
| ------------------------------------------------------------x | |
| VR GLOBAL PARTNERS, L.P. et al., | : |
| Plaintiffs, | : |
| - against- | : 07 Civ. 8686 (GEL) |
| PHILLIP R. BENNETT et al., | : |
| Defendants. | : |
| ------------------------------------------------------------x | |
| CAPITAL MANAGEMENT SELECT FUND LTD. et al., | : |
| Plaintiffs, | : |

|                                                    |   |                    |
|----------------------------------------------------|---|--------------------|
| - against-                                         | : | 07 Civ. 8688 (GEL) |
| PHILLIP R. BENNETT et al.,                         | : |                    |
|                          <u>Defendants</u>.        | : |                    |

-----------------------------------------------------------x

|                                                    |   |                    |
|----------------------------------------------------|---|--------------------|
| MARC S. KIRSCHNER, as Trustee of the Refco Litigation Trust, | : |        |
|                          <u>Plaintiff</u>,        | : | 07 Civ. 9238 (GEL) |
| - against-                                         | : |                    |
| THOMAS HACKL et al.,                               | : |                    |
|                          <u>Defendants</u>.        | : |                    |

-----------------------------------------------------------x

|                                                    |   |                    |
|----------------------------------------------------|---|--------------------|
| In re REFCO, INC.                                  | : | 07 Civ. 9420 (GEL) |
|                                                    | : | 07 Civ. 9482 (GEL) |
|                                                    | : | 07 Civ. 9483 (GEL) |
|                                                    |   | 07 Civ. 10302 (GEL)|

-----------------------------------------------------------x

GERARD E. LYNCH, <u>District Judge</u>:

     The Court has received a letter from counsel for defendant Grant Thornton LLP stating that the parties to a number of the above-captioned cases have been attempting to schedule a meeting to discuss matters to be addressed at the status conference currently scheduled for November 30, 2007, at 3:30 p.m., but that the parties have been unable to meet as a result of the large number of counsel and the intervening Thanksgiving holiday. Having received a request to adjourn the status conference for a brief period to permit interested parties to confer, it is hereby ORDERED that the status conference is re-scheduled for December 10, 2007, at 3 p.m.

SO ORDERED.

Dated: New York, New York
       November 27, 2007

                                                  GERARD E. LYNCH
                                           United States District Judge