JUL-12-2004  10:45       KAUFMAN, BORGEEST & RYAN                 9147410025      P.13

ENDORSEMENT# *10*

This endorsement, effective *12:01 am     December 31, 2001*     forms a part of
policy number   *874-91-08*
issued to   *WORLDCOM, INC.*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

### FAILURE TO EFFECT AND/OR MAINTAIN

### INSURANCE EXCLUSION

In consideration of the premium charged, it is hereby understood and agreed that the Insurer shall not be liable for any Loss in connection with any Claim(s) made against any Insured alleging, arising out of, based upon, attributable to any failure or omission on the part of the Insureds or the Company to effect or maintain adequate insurance.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.

*END 10*

(2/90)

AUTHORIZED REPRESENTATIVE

JUL-12-2004  10:45        KAUFMAN, BORGEEST & RYAN                    9147410025      P.14

## ENDORSEMENT# 11

This endorsement effective *12:01 am*      *December 31, 2001*      forms a part of
policy number  *874-91-08*
issued to  *WORLDCOM, INC.*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

### "NO LIABILITY" PROVISION DELETED

In consideration of the premium charged, it is hereby understood and agreed that the
policy is hereby amended as follows:

(1)   The Definition of and all provisions referring to "No Liability" are hereby
deleted in their entirety; and

(2)   The last paragraph of Clause 6 RETENTION CLAUSE is hereby deleted in its
entirety.


ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.


END 11

AUTHORIZED REPRESENTATIVE

(2/90)

## ENDORSEMENT# 12

This endorsement, effective *12:01 am     December 31, 2001*     forms a part of
policy number   *874-91-08*
issued to   *WORLDCOM, INC.*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

### CrisisFund℠

### (Crisis Communications Management Insurance)

In consideration of the premium charged, it is hereby understood and agreed that this policy
is amended to provide Crisis Management Coverage pursuant to the terms and conditions set
forth below:

1)     The Clause of the policy entitled INSURING AGREEMENTS is amended to add the
following new insuring agreement:

**CRISIS MANAGEMENT COVERAGE**

This policy shall pay the Crisis Management Loss of the Company arising from a Crisis
Management Event first commencing during the Policy Period, up to the amount of
the Crisis Management Fund.

2)     The Section of the policy entitled EXCLUSIONS  shall not be applicable to Crisis
Management Loss.

3)     The Section of the policy entitled LIMIT OF LIABILITY, is amended to add the
following:

> The limit of the Insurer's liability for  Crisis Management Loss arising from all
> Crisis Management Events occurring during the Policy Period, in the aggregate,
> shall be the amount set forth as the Crisis Management Fund. This limit  shall
> be the maximum limit of the Insurer under this policy regardless of the number
> of Crisis Management Events  occurring during  the Policy Period. Provided,
> however, that this single Crisis Management Event(s) limit shall be part of and
> not in addition to the Limit  of Liability stated in the Item of  the Declarations
> page entitled LIMIT OF LIABILITY, which shall in  all events be the maximum
> liability of the Insurer for all loss under this policy.

4)     There shall be no  Retention amount applicable to Crisis Management Loss, and the
Insurer shall pay such Loss from first dollar subject to the other terms and conditions
of this endorsement.

5)     An actual or anticipated Crisis Management Event shall be reported to the Insurer as
soon as practicable but in no event later than thirty (30) days after the Company first
incurs Crisis  Management Loss  for  which  coverage will  be  requested under  this
endorsement.

*END 12*

(2/90)

### ENDORSEMENT# 12    (Continued)

This endorsement, effective *12:01 am    December 31, 2001*    forms a part of policy number  *874-91-08*
Issued to   *WORLDCOM, INC.*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

6)    The Section of the policy entitled DEFENSE COSTS, SETTLEMENTS, JUDGMENTS (INCLUDING THE ADVANCEMENT OF DEFENSE COSTS) shall have no applicability to Crisis Management Events. There shall be no requirement for the Company to obtain prior written approval of the Insurer before incurring any Crisis Management Loss, provided that the Crisis Management Firm selected by the Company to perform the Crisis Management Services has been approved by the Insurer.

#### Definitions

For the purposes of this endorsement, the following definitions shall apply:

A)    "Material Effect on the Company's Common Stock Price" shall mean, within a period of 24 hours, that the price per share of the Company's common stock shall decrease by the greater of $5 per share or 10% net of the change in the Standard & Poor's Composite Index.

B)    "Crisis Management Event" shall mean:

I.    One of the following events which, in the good faith opinion of the Chief Financial Officer of the Company, did cause or is reasonably likely to cause, a Material Effect on the Company's Common Stock Price:

(1)    Negative earning or sales announcement

The public announcement of the Company's past or future earnings or sales, which is substantially less favorable than any of the following: (i) the Company's prior year's earnings or sales for the same period, (ii) the Company's prior public statements or projections regarding earnings or sales for such period, or (iii) an outside securities analyst's published estimate of the Company's earnings or sales.

(2)    Loss of a patent, trademark or copyright or major customer or contract

The public announcement of an unforeseen loss of: (i) the Company's intellectual property rights for a patent, trademark or copyright, other than by expiration; (ii) a major customer or client of the Company; or (iii) a major contract with the Company.

### END 12

(2/90)

## ENDORSEMENT# 12     (Continued)

This endorsement effective *12:01 am     December 31, 2001*     forms a part of
policy number  *874-91-08*
Issued to   *WORLDCOM, INC.*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

    (3)   Product recall or delay

The public announcement of the recall of a major product of the
Company or the unforeseen delay in the production of a major product
of the Company.

    (4)   Mass tort

The public announcement or accusation that the Company has caused
the bodily injury, sickness, disease, death or emotional distress of a
group of persons, or damage to or destruction of any tangible group of
properties, including the loss of use thereof.

    (5)   Employee layoffs or loss of key executive officer(s)

The public announcement of employee layoffs, or the  death or
resignation of one or more key executive officer(s) of the Company.

    (6)   Restatement of financial statement

The public  announcement  of  a  restatement  of  the Company's
previously filed financial statements.

    (7)   Elimination or suspension of dividend

The public announcement of the elimination or suspension of a regularly
scheduled dividend previously being paid by the Company.

    (8)   Write-off of assets

The public announcement that the Company intends to write off a
material amount of its assets.

    (9)   Debt restructuring or default

The public announcement that the Company has defaulted or intends to
default on its debt or intends to engage in a debt restructuring.

*END 12*

(2/90)

JUL-12-2004  10:45        KHUFMHN, BURGEESI & RYHN                51417410025    1.10

ENDORSEMENT# 12    (Continued)

This endorsement effective *12:01 am*    *December 31, 2001*    forms a part of policy number  *874-91-08*
issued to  - *WORLDCOM, INC.*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

### (10)  Bankruptcy

The public announcement that the Company intends to file for bankruptcy protection or that a third party is seeking to file for involuntary bankruptcy on behalf of the Company; or the imminence of bankruptcy proceedings, whether voluntary or involuntary.

### (11)  Governmental or regulatory litigation

The public announcement of the commencement or threat of commencement of litigation or governmental or regulatory proceedings against the Company.

### (12)  Other

Any other event previously consented to by the Insurer which, in the good faith opinion of the Chief Financial Officer of the Company, did cause or is reasonably likely to cause, a Material Effect on the Company's Common Stock Price, but only if such event is specifically scheduled by written endorsement to the policy.

II.    Unsolicited takeover bid

An unsolicited written offer or bid by any person or entity other than an Insured or any affiliate of any Insured, whether publicly announced or privately made to a director or executive officer of the Company, to effect a Transaction (as Transaction is defined in Clause 12 of the policy) of the Company.

Provided, however, that the term Crisis Management Event shall not include any event relating to:

(1)    any Claim(s) which have been reported, or any circumstances of which notice has been given, under any policy of which this policy is a renewal or replacement or which it may succeed in time;

(2)    any pending or prior litigation as of December 31, 1996;

(3)    the actual, alleged or threatened discharge, dispersal, release or escape of pollutants; or any direction or request to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize pollutants; provided, however, the

*END 12*

(2/80)

JUL-12-2004  10:46        KHUFMAN, BURGEEST & RYHN              5147410025      P.15

ENDORSEMENT# 12    (Continued)

This endorsement, effective  12:01 am       December 31, 2001      forms a part of
policy number  874-91-08
issued to   WORLDCOM, INC.

by      National Union Fire Insurance Company of Pittsburgh, Pa.

          foregoing shall not apply if the policy contains any endorsement modifying or deleting, in part or in whole, exclusion (l) of the policy;

    (4)    the hazardous properties of nuclear materials; provided, however, the foregoing shall not apply to any Crisis Management Event(s) arising from the ownership of, operation of, construction of, management of, planning of, maintenance of or investment in any nuclear facility.

The descriptions in the headings of the Crisis Management Events are solely for convenience and form no part of the terms and conditions of coverage.

For the purposes of this endorsement, a Crisis Management Event shall first commence when the Company or any of its directors or executive officers shall first become aware of the event and shall conclude at the earliest of the time when the Crisis Management Firm advises the Company that the crisis no longer exists or when the Crisis Management Fund has been exhausted.

C)    "Crisis Management Firm" shall mean any public relations firm, crisis management firm or law firm hired by the Company or its directors, officers or employees to perform Crisis Management Services in connection with the Crisis Management Event which has been consented to by the Insurer, the consent for which shall not be unreasonably withheld. Attached to this endorsement is a list of firms which have been pre-approved by the Insurer and may be hired by the Company without further approval by the Insurer:

D)    "Crisis Management Fund" shall mean Fifty Thousand Dollars ($50,000).

E)    "Crisis Management Loss" shall mean the following amounts incurred during the pendency of or within 90 days prior to and in anticipation of, the Crisis Management Event, regardless of whether a Claim is ever made against an Insured arising from the Crisis Management Event and, in the case where a Claim is made, regardless of whether the amount is incurred prior to or subsequent to the making of the Claim:

    (1)    Amounts for which the Company is legally liable for the reasonable and necessary fees and expenses incurred by a Crisis Management Firm in the performance of Crisis Management Services for the Company arising from a Crisis Management Event(s); and

    (2)    Amounts for which the Company is legally liable for the reasonable and necessary printing, advertising, mailing of materials, or travel by directors,

**END 12**

(2/90)

JUL 12-2004  16:46       KAUFMAN BORGEEST & RYAN            5141410025      P.20

ENDORSEMENT# 12   (Continued)

This endorsement, effective *12:01* am     *December 31 , 2001*     forms a part of
policy number  *874-91-08*
issued to   *WORLDCOM, INC.*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

          officers, employees or agents of the Company or the Crisis Management Firm, in connection with the Crisis Management Event(s).

F)   "Crisis Management Services" means those services performed by a Crisis Management Firm in advising the Company or any of its directors, officers or employees on minimizing potential harm to the Company arising from the Crisis Management Event, including but not limited to maintaining and restoring investor confidence in the Company.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

END 12

(2/90)

JUL-12-2004  10:46        KAUFMAN, BURGEESI & RYAN              9147410025      P.21

ENDORSEMENT# *12*   (Continued)

This endorsement, effective  *12:01 am      December 31, 2001*      forms a part of
policy number  *874-91-08*
issued to _*WORLOCOM, INC.*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

## PRE-APPROVED CRISIS MANAGEMENT FIRMS

(1)    Abernathy MacGregor Scanlon
       501 Madison Avenue
       New York, NY 10022
       (212) 371-5999
       Contact: James T. M* Gregor

(2)    Burson-Marsteller
       230 Park Avenue South
       New York, NY 10003-1566
       (212) 614-5236
       Contact: Michael Claes

(3)    Patton Boggs, LLP
       2550 M Street, N.W.
       Washington, D.C. 20037
       (202) 457-6000
       Contact: Thomas H. Boggs

(4)    Kekst and Company
       437 Madison Avenue
       New York, NY 10022
       (212) 593-2655
       Contact: Andrew Baer

(5)    Kroll Associates
       900 Third Avenue
       New York, NY 10022
       (212) 833-3385
       Contact: Richard G. McCormick

(6)    Robinson Lerer & Montgomery
       75 Rockefeller Plaza , 6th floor
       New York, NY 10019
       (212) 484-7721
       Contact: Michael Gross

**END 12**

(2/90)

JUL-12-2004  10:47       KAUFMAN, BORGEEST & RYHN       914741002J   1·22

ENDORSEMENT# 12    (Continued)

This endorsement, effective  *12:01 am*    *December 31, 2001*    forms a part of
policy number  *874-91-08*
Issued to   *WORLOCOM, INC.*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

(7)    Sard Verbinnen & Co.
630 Third Avenue
New York, NY 10017
(212) 687-8080
Contact: Paul Verbinnen or George Sard

(8)    Sitrick & Company
2029 Century Park East
Suite 1750
Los Angeles, CA 90067
(310) 788-2850
· Contact: Michael·Sitrick

(9)    The MWW Group
1212 Avenue of the Americas - 5th Floor
New York, NY 10036
(212) 827-3757
Contact: Michael Landener

——

*END 12*

_____
AUTHORIZED REPRESENTATIVE

(2/90)

JUL-12-2004  10:47        KAUFMAN, BURGEEST & RYAN

## ENDORSEMENT# 13

This endorsement, effective  *12:01 am*        *December 31, 2001*        forms a part of
policy number  *874-91-08*
issued to  *WORLDCOM, INC.*

by        *National Union Fire Insurance Company of Pittsburgh, Pa.*

### EMPLOYEES AS CO-DEFENDANTS

In consideration of the premium charged, it is hereby understood and agreed that coverage
as is afforded by this policy is extended to and the definition of "Insured(s)", and
"Director(s) or Officer(s)" is amended to include all employees of the Insured when they
are named as co-defendants in a suit or other legal action with a Director or Officer of the
Insured.

Only when and to the extent that the Company has indemnified such employees for such
Loss pursuant to law, common or statutory, or contract, or the Charter or By-Laws of the
Company duly effective under such law which determines and defines such rights of
indemnity.

END 13

(2/90)

_____
AUTHORIZED REPRESENTATIVE

JUL-12-2004  18:47          KAUFMANN BORGEEST & RYAN                    514141082S   P.24

## ENDORSEMENT# 14

This endorsement, effective *12:01 am     December 31, 2001*    forms a part of
policy number  *874-91-08*
issued to   *WORLDCOM, INC.*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

### PRIOR ACTS EXCLUSION FOR LISTED ENTITIES

In consideration of the premium charged, it is hereby understood and agreed that the term
Company is amended to include the entity(ies) listed below, but only for Wrongful Act(s)
committed by such entity(ies) and/or any Insureds thereof which occurred subsequent to
such entity's respective acquisition/creation date listed below. Losses arising from the
same or related Wrongful Act(s) shall be deemed to arise from the first such same or
related Wrongful Act(s).

| LISTED ENTITY(IES) | ACQUISITION/CREATION DATE |
|---|---|
| 1.   Advanced Telecommunications | January 01, 1983 |
| 2.   IBD Communication Group | December 30, 1994 |
| 3.   WIL Tel Network Services | January 05, 1995 |

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

*END 14*

AUTHORIZED REPRESENTATIVE

{2/90}

JUL-12-2004  10:49       KHUPPHN, BURGEEST & KYHN          514/418625    P.48

## ENDORSEMENT# 15  (Continued)

This endorsement, effective  *12:01 am      December 31, 2001*      forms a part of
policy number  *874-91-08*
issued to  *WORLDCOM, INC.*

by  *National Union Fire Insurance Company of Pittsburgh, Pa.*

It is further understood and agreed that the Insurer shall not be held responsible for any
delay or failure to perform its obligation hereunder due to national, federal, state or
municipal action or regulation; strikes or other labor troubles; acts of God, war, riot,
insurrection or mutiny; or any other causes, contingencies, or circumstances outside the
United States not subject to the Insurer's control which make the fulfillment of this
endorsement impracticable; any of which shall, without liability, excuse the insurer from
the obligations set forth in this endorsement.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

*END 15*

(2/80)

AUTHORIZED REPRESENTATIVE

## ENDORSEMENT# 16

This endorsement, effective *12:01 am*      *December 31, 2001*      forms a part of
policy number  *874-91-08*
issued to   *WORLDCOM, INC.*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

### SUB-LIMIT FOR SPECIFIED SUBSIDIARIES

In consideration of the premium charged, it is hereby understood and agreed that with regards to Loss in connection with all claims in which one or more of the persons claimed against are Directors or Officers of the following Subsidiary(ies): Advantage Companies, Inc. for one or more alleged Wrongful Acts occurring prior to August 11, 1989 in their respective capacities as Directors or Officers of such Subsidiary(ies), the aggregate Limit of Liability for all such claims shall be $1,000,000 (hereinafter called the "sub-limit" of liability"). This sublimit of liability shall be part of and not in addition to the aggregate limit of liability stated in Item 4 of the Declarations and will in no way serve to increase the Insurer's Limit of Liability as therein stated. Claims alleging one or more related or same Wrongful Act shall be deemed to arise out of the first such same or related Wrongful Act.

It is further understood and agreed that exclusion 9ll is deleted to the extent coverage is afforded under this endorsement.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

*END 16*

(2/90)

_____
AUTHORIZED REPRESENTATIVE

JUL-12-2004  10:45        KHUFMHN; BURGEES1 & KIHN                    514741υυ25    ι.35

ENDORSEMEN1# 77

This endorsement, effective  *12:01 am*    *December 31, 2001*    forms a part of
policy number  *874-91-08*
issued to  *WORLDCOM, INC.*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

SUBSIDIARY – ADDITION

TO THE DEFINITION OF "SUBSIDIARY"

In consideration of the premium charged, it is hereby understood and agreed that the
Definition of "Subsidiary" is hereby amended to include the following entity(ies), subject to
such Subsidiary's respective Continuity Date.

| SUBSIDIARY | CONTINUITY DATE |
|---|---|
| CAI Wireless Communications, Inc. | July 9, 1999 |
| Embratel | September 15, 1998 |
| MCI Communications Corporation | September 15, 1998 |
| Skytel | April 30, 2001 |

For the purpose of the applicability of the coverage provided by this endorsement, the
entities listed above and the Company will be conclusively deemed to have indemnified the
Insureds of the each respective entity to the extent that such entity or the Company is
permitted or required to indemnify such Insureds pursuant to law, common or statutory, or
contract, or its charter or by-laws. The entity and the Company hereby agree to indemnify
the Insureds to the fullest extent permitted by law, including the making in good faith of
any required application for court approval.

Furthermore, for the purpose of the applicability of the coverage provided by this
endorsement, the Insurer shall not be liable for any Loss in connection with any Claim(s)
made against any Subsidiary listed above or any Insured(s) thereof:

    (1)    alleging, arising out of, based upon or attributable to any pending or prior
          litigation(s) as of such Subsidiary's respective Continuity Date, or alleging or
          derived from the same or essentially the same facts as alleged in such
          pending or prior litigation(s); or

    (2)    alleging any Wrongful Act occurring prior to such Subsidiary's respective
          Continuity Date, if an Insured knew or could have reasonably foreseen that
          such Wrongful Act could lead to a Claim under this policy.

*END 17*

(2/90)

JUL-12-2004  10:48        KHUFMHN, BURGEESI & RYHN                     5141410025     P.54

This endorsement, effective *12:01 am    December 31, 2001*   forms a part of
policy number   *874-91-08*
Issued to   *WORLDCOM, INC.*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

(2)     Exclusion (k) is amended by deleting the phrase, "emotional distress", and
        by deleting the phrase, "or for injury from libel or slander or defamation or
        disparagement, or for injury from a violation of a person's right of privacy",
        to read as follows:

        (k)     for bodily injury, sickness, disease, death of any person, or damage
                to or destruction of any tangible property, including the loss of use
                thereof;

It is further understood and agreed that solely in connection with Employment Practices
Claims, the following exclusions shall apply:

        (1)     The Insurer shall not be liable for any Loss in connection with any Claim(s)
                made against any Insured(s) alleging, arising out of, based upon or
                attributable to any pending or prior litigation as of August 19, 1994 or
                alleging or derived from the same or essentially the same facts as alleged in
                such pending or prior litigation.

        (2)     The Insurer shall not be liable for any Loss in connection with any Claim(s)
                made against any Insured(s) for any alleged Wrongful Act committed prior to
                August 19, 1994 if any Insured(s), as of such date, knew or could have
                reasonably foreseen that such Wrongful Act could lead to a Claim.

It is further understood and agreed that the Employment Practices coverage as is provided
by this endorsement shall be specifically excess over the Limit of Liability of $25,000,000
as stated in Policy No. 874-33-15 issued by National Union Fire Insurance Company of
Pittsburgh, Pa. to Worldcom, Inc. .


ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.


*END 18*

(2/90)        *COPY*

AUTHORIZED REPRESENTATIVE

ENDORSEMENT# 18    (Co......ued)

This endorsement, effective *12:01 am      December 31, 2001*        forms a part of
policy number  *874-91-08*
issued to  *WORLDCOM, INC.*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

2.    Americans with Disabilities Act of 1992 (ADA);

3.    Civil Rights Act of 1991;

4.    Age Discrimination in Employment Act of 1967 (ADEA), including the Older Workers Benefit Protection Act of 1990;

5.    Title VII of the Civil Rights Act of 1964, as amended, including the Pregnancy Discrimination Act of 1978;

6.    Civil Rights Act of 1866, Section 1981; and

7.    Fourteenth Amendment of the U.S. Constitution.

(2)    Solely for the purposes of Employment Practices Claims, the terms "Insured(s)" and "Director(s) or Officer(s)" shall also include any past, present or future employee of the Company, whether such individual is in a supervisory, co-worker or subordinate position or otherwise. Coverage shall automatically apply to all new employees after the inception date of the policy.

## EXCLUSIONS

It is further understood and agreed that solely in connection with Employment Practices Claims exclusions (i) and (k) are amended as follows:

(1)    Exclusion (i) is amended by deleting the phrase, "wrongful termination of employment claims", and substituting the phrase, "Employment Practices Claims" (as defined in this endorsement) and by deleting the word "former employee" and substituting the word "employee" to read as follows:

(i)    which is brought by any Insured or by the Company; or which is brought by any security holder of the Company, whether directly or derivatively, unless such security holder's Claim is instigated and continued totally independent of, and totally without the solicitation of, or assistance of, or active participation of, or intervention of, any Insured(s); provided, however, this exclusion shall not apply to an Employment Practices Claim brought by an employee other than an employee who is or was a Director of the Company.

*END 18*

(2/90)    *COPY*

JUL-12-2004  10:49        KHUFMAN, BORGEEST & RYAN                 5147410025        P.36

ENDORSEMENT# <em>18</em>   (Continued)

This endorsement, effective *12:01 am*    *December 31, 2001*    forms a part of
policy number   *874-91-08*
issued to   *WORLDCOM, INC.*

by   *National Union Fire Insurance Company of Pittsburgh, Pa.*

| | |
|---|---|
| Judgments, Settlements and Defense Costs (Indemnifiable Loss) | $5,000,000 for Loss arising from Claims alleging the same Wrongful Act or related Wrongful Acts |

OTHER CLAIMS:

| | |
|---|---|
| Judgments, Settlements and Defense Costs (non-Indemnifiable Loss) | None |
| Judgments, Settlements and Defense Costs (Indemnifiable Loss) | $5,000,0000 for Loss arising from Claims alleging the same Wrongful Act or related Wrongful Acts |

<em>DEFINITIONS</em>

It is further understood and agreed that for the purposes of this endorsement only, the following definitions shall apply:

(1)   "Employment Practices Claims" means any Claim(s) relating to a past, present or prospective employee of the Company for any actual or alleged: (i) wrongful dismissal, discharge or termination (either actual or constructive) of employment; (ii) employment-related misrepresentation; (iii) wrongful failure to employ or promote; (iv) wrongful deprivation of career opportunity; (v) wrongful discipline; (vi) failure to grant tenure or negligent employee evaluation; (vii) failure to provide adequate employee policies and procedure; (viii) sexual or workplace harassment of any kind, (including the alleged creation of a harassing workplace environment); or (ix) unlawful discrimination, whether direct, indirect, intentional or unintentional.

Employment Practices Claims shall include any Claim(s) brought under state, local, federal or foreign law (whether common or statutory) and shall include, but not be limited to, allegations of violations of the following federal laws (as amended), including regulations promulgated thereunder:

1.   Family and Medical Leave Act of 1993;

*END 18*

(2/90)    *COPY*

JUL-12-2004  10:49         KHUFFMAN, BURGESST & RYAN              5141410825     F.07
ENDORSEMENT# 10

This endorsement, effective  *12:01 am*     *December 31, 2001*     forms a part of
policy number   *874-91-08*
issued to    *WORLDCOM, INC.*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

### EMPLOYMENT PRACTICES ENDORSEMENT

(With Separate Retention and Excess Language)

## COVERAGE

- In consideration of the premium charged, it is hereby understood and agreed that the coverage as is afforded by this policy is extended to include Employment Practices Claims made against any Insured(s) (defined below), whether such Claims are brought by: (i) a past, present or prospective employee of the Company, whether directly or by class action; or (ii) by the Equal Employment Opportunity Commission (EEOC) or any other similar local, state, federal or foreign governmental authority regulating employment practices; or (iii) by any other person or entity, subject to the terms, conditions and exclusions of this endorsement and the policy.

### DECLARATIONS PAGE

It is further understood and agreed that Item 5. RETENTION of the Declarations page is hereby deleted in its entirety and replaced with the following:

ITEM 5.    RETENTION:

### SECURITIES CLAIMS

| | |
|---|---|
| Judgments & Settlements (all coverages) | None |
| Defense Costs (non-Indemnifiable Loss) | None |
| Defense Costs (Coverage B(i) and Indemnifiable Loss ) | $5,000,000 for Loss arising from Claims alleging the same Wrongful Act or related Wrongful Acts (waivable under Clause 6 in certain circumstances) |

### EMPLOYMENT PRACTICES CLAIMS

| | |
|---|---|
| Judgments, Settlements and Defense Costs (non-Indemnifiable Loss) | None |

*END 18*

(2/90)

JUL-12-2004  16:46    KHUFFMAN, BURGEESI & KTHN    5147416625    P.66

This endorsement, effective *12:01 am    December 31, 2001*    forms a part of
policy number  *874-91-08*
issued to   *WORLDCOM, INC.*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

### Cancellation Clause

In consideration of the premium charged, it is hereby understood and agreed that notwithstanding any other provision of this endorsement, any provision of this policy respecting cancellation is deleted in its entirety except to indicate that this policy may be cancelled by the Insurer for non-payment of premium.

Accordingly, this policy is non-cancellable and all premium shall be deemed earned at inception except for cancellations by the Insurer for non-payment of premium.

*END 19*

(2/90)

_____
AUTHORIZED REPRESENTATIVE

JUL-12-2004  10:45        KAUFMAN, BORGEEST & RYAN        5147416025        P.52

## ENDORSEMENT# 20

This endorsement, effective 12:01 am     December 31, 2001     forms a part of
policy number   874-91-08
issued to   WORLDCOM, INC.

by     National Union Fire Insurance Company of Pittsburgh, Pa.

### ORDER OF PAYMENTS ENDORSEMENT

In consideration of the premium charged, it is hereby understood and agreed that:

1.  In the event of Loss arising from any Claim(s) for which payment is due
    under the provisions of this policy but which Loss, in the aggregate, exceeds
    the remaining available Limit of Liability of this policy, then this policy shall:

    (i)    first pay such Loss for which coverage is provided under
           Coverage A of the policy, then with respect to whatever
           remaining amount of the Limit of Liability is available after
           payment of such Loss,

    (ii)   then pay such Loss for which coverage is provided by
           Coverage B of the policy.

2.  In the event of Loss arising from a Claim(s) for which payment is due under
    the provisions of this policy (including those circumstances described in part
    1 of this endorsement), the Insurer shall at the written request of the Named
    Corporation:

    (i)    first pay such Loss for which coverage is provided under
           Coverage A of the policy, then

    (ii)   either pay or hold payment for such Loss for which coverage
           is provided by Coverage B of the policy.

    In the event that the Insurer withholds payment under Coverage B of the
    policy pursuant to the above request, then the Insurer shall at any time in
    the future, at the request of the Company, release such Loss payment to the
    Company, or make such Loss payment directly to an individual Director or
    Officer in the event of covered Loss under any Claim(s) covered under this
    policy pursuant to Coverage A of the policy.

3.  Nothing in this endorsement shall be construed to increase the Limit of
    Liability of the Insurer under this policy which such Limit of Liability shall
    remain the maximum liability of the Insurer under all Claims under all
    Coverage under this policy combined.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

*END 20*

_____
AUTHORIZED REPRESENTATIVE

(2/90)

JUL-12-2004  10:48          KAUFMAN, BORGEEST & RYAN              9147410025      P.31

## ENDORSEMENT# 27

This endorsement, effective *12:01 am*    *December 31, 2001*    forms a part of
policy number  *874-91-08*
issued to   *WORLDCOM, INC.*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

### CLAUSE 7(a) AMENDED - NOTICE

### FROM RISK MANAGER OR GENERAL COUNSEL

In consideration of the premium charged, it is hereby understood and agreed that Clause 7. NOTICE/REPORTING PROVISIONS, paragraph (a) is deleted in its entirety and replaced with the following:

(a)     The Company shall, as a condition precedent to the obligations of the Insurer under this policy, give written notice to the Insurer of a Claim made against an Insured as soon as practicable after the Claim is reported to or first becomes known by the Risk Manager or the General Counsel (or equivalent position) of the Company, but in all events a Claim must be reported no later than either:

(1)     anytime during the Policy Period or during the Discovery Period (if applicable); or

(2)     within thirty (30) days after the end of the Policy Period or the Discovery Period (if applicable), as long as such Claim(s) is reported no later than thirty (30) days after the date such Claim was first made against an Insured.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

*END 21*

AUTHORIZED REPRESENTATIVE

(2/90)

JUL-12-2004  10:48      KHUFFMAN, BURGEESI & RTHN        5147416025   P.30

## ENDORSEMENT# 22

This endorsement, effective *12:01 am*    *December 31, 2001*    forms a part of
policy number  *874-91-08*
issued to   *WORLDCOM, INC.*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

### FOREIGN CORRUPT PRACTICES ACT EXTENSION

I.

In consideration of the premium charged, it is hereby understood and agreed that Clause
2. DEFINITIONS (g) "Loss" is amended by addition of the following at the end thereof:

Loss shall also include (subject to this policy's other terms, conditions and
limitations, including but not limited to exclusions relating to profit or advantage,
deliberate fraud or deliberate criminal acts): (1) civil penalties assessed against any
individual Director or Officer pursuant to Sections (g) 2(B) of the Foreign Corrupt
Practices Act, 78dd-2(g)(2)(B).

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

*END 22*

(2/90)

AUTHORIZED REPRESENTATIVE

JUL-12-2004  10:47    KAUFMAN, BORGEEST & RYHN    514741002J    P.25

## ENDORSEMENT# 23

This endorsement, effective *12:01 am    December 31, 2001*    forms a part of
policy number  *874-91-08*
issued to  *WORLDCOM, INC.*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITION TO THE TERM DIRECTOR OR OFFICER

In consideration of the premium charged, it is hereby  understood and agreed that the term
"Director or Officer" is amended to include  any individual(s) of the  Company listed below,
but solely for Wrongful Acts committed in his or her respective capacity(ies) listed below.

| INDIVIDUALS | CAPACITY | CONTINUITY DATE |
|---|---|---|
| Jeff Rushton | CFO of SHL Systemhouse | December 8, 1998 |

It is hereby understood and agreed that this *policy* shall indemnify the *directors* and
*officers* against *loss* in respect of any *wrongful act* committed whilst acting in the capacity
of a shadow director, as defined under Section 741 of the Companies Act 1985, of any
company (any  such company  hereinafter to  be referred  to as the "Shadow Directorship
company") that is incorporated and/or  domiciled in the UK or  the Republic of Ireland, as a
consequence of being a *director* or *officer* of the *company,* other than in respect of any:

(i)    *claim* made  whether  in the  name  of or  on  behalf  of any Shadow Directorship
company or any person who  is now or shall be  a director or officer of  the Shadow
Directorship company; and/or

(ii)    *claim* made whether in the name of or on behalf  or any parent, holding, controlling,
subsidiary, affiliate or  associated company or  representative of  the Shadow
Directorship company.

Furthermore, provided that for the purpose of the  applicability of the coverage provided by
this endorsement, the Company will be  conclusively deemed to have  indemnified  the
persons afforded  coverage by this  endorsement to the extent that the   Company is
permitted or required  to indemnify such  persons pursuant to law (common  or statutory),
contract, or  the  charter or by-laws  of the Company  (which are hereby  deemed to adopt
the broadest provision of  the law which determines,  or defines such rights  of indemnity).
The Company hereby agrees to  indemnify such persons to  the fullest extent permitted  by
law, including the  making  in good faith of  any required application  for court approval and
the passing of any required corporate resolution or the execution of any contract.

It is further understood  and agreed that only  as respects any  additional coverage granted
by virtue of  this endorsement, the  Insurer  shall not  be liable  for any  Loss in connection
with any Claim(s) made against an Insured:

(1)    alleging, arising out of,  based upon  or attributable  to any  pending or  prior
litigation as of  each individual's respective  Continuity Date  listed above, or
alleging or derived from the same  or essentially the same facts  as  alleged in
such pending or prior litigation; and

### END 23

(2/90)

JUL-12-2004  10:47       KAUFMAN, BORGEEST & RYAN                    9147410025      P.28

This endorsement, effective *12:01 am*    *December 31, 2001*    forms a part of
policy number  *874-91-08*
issued to    *WORLDCOM, INC.*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

(2)    alleging any   Wrongful Act occurring prior to each individual's respective
Continuity Date if the Insured knew or could have reasonably foreseen that
such Wrongful Act could lead to a Claim under this policy.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

*END 23*

AUTHORIZED REPRESENTATIVE

(2/90)

JUL-12-2004  10:47          KHUFFMN; BURDEESI & RTHN                    3141416023        P.21

ENDORSEMENT# 24

This endorsement, effective  12:01 am      December 31, 2001      forms a part of
policy number  874-31-08
issued to   WORLDCOM, INC.

by     National Union Fire Insurance Company of Pittsburgh, Pa.

### DISCOVERY CLAUSE AMENDED

In consideration of the premium charged, it is hereby understood and agreed that the
policy (and any endorsement amending Clause 10. DISCOVERY CLAUSE) is hereby
amended to the extent necessary for the policy to provide the following:

Clause 10. DISCOVERY CLAUSE is deleted in its entirety and replaced with the following:

10.    DISCOVERY CLAUSE

Except as indicated below, if the Insurer shall refuse to renew this policy, the
Named Corporation shall have the right upon payment of an additional premium
amount as shall be determined by the Insurer in its sole and absolute discretion, to
a period of one year following the effective date of such nonrenewal (herein
referred to as the "Discovery Period"), in which to give to the Insurer written
notice of Claims first made against the Insureds during said one year period for any
Wrongful Act occurring prior occurring prior to the end of the Policy Period and
otherwise covered by this policy. The rights contained in this paragraph shall
terminate unless written notice of election of a Discovery Period together with any
additional premium due is received by the Insurer no later than thirty (30) days
subsequent to the effective date of the nonrenewal.

In the event of a Transaction as defined in Clause 12, the Named Corporation shall
have the right, within 30 days of the end of the Policy Period, to request an offer
from the Insurer of a Discovery Period (with respect to Wrongful Acts occurring
prior to the effective time of the Transaction) for a period of no less than three
years or for such longer or shorter period as the Named Corporation may request.
The Insurer shall offer such Discovery Period pursuant to such terms, conditions,
exclusions and additional premium as the Insurer may reasonably decide. In the
event of a Transaction, the right to a Discovery Period shall not otherwise exist
except as indicated in this paragraph.

The additional premium for the Discovery Period shall be fully earned at inception of
the Discovery Period. The Discovery Period is not cancelable. This Clause 10 and
the rights contained herein shall not apply to any cancellation resulting from non-
payment of premium.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

END 24

_____
AUTHORIZED REPRESENTATIVE

(2/90)

ENDORSEMENT# 25

This endorsement, effective *12:01 am    December 31, 2001*    forms a part of
policy number    *874-91-08*
issued to    *WORLDCOM, INC.*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITION TO THE TERM "DIRECTOR(S) OR OFFICER(S)" OR "INSURED(S)"

In consideration of the premium charged, it is hereby understood and agreed that coverage as is afforded by this policy is extended to and the definition of term "Director(s) or Officer(s)" or "Insured(s)" is amended to include the members of the Advisory Board, solely in their capacity as such members, subject to the following September 15, 1998.

Furthermore, provided that for the purpose of the applicability of the coverage provided by this endorsement, the Company will be conclusively deemed to have indemnified the persons afforded coverage by this endorsement to the extent that the Company is permitted or required to indemnify such persons pursuant to law (common or statutory), contract, or the charter or by-laws of the Company (which are hereby deemed to adopt the broadest provision of the law which determines, or defines such rights of indemnity). The Company hereby agrees to indemnify such persons to the fullest extent permitted by law, including the making in good faith of any required application for court approval and the passing of any required corporate resolution or the execution of any contract.

It is further understood and agreed that only as respects any additional coverage granted by virtue of this endorsement, the Insurer shall not be liable for any Loss in connection with any Claim(s) made against an Insured:

    (1)   alleging, arising out of, based upon or attributable to any pending or prior litigation as of each individual's respective Continuity Date listed above, or alleging or derived from the same or essentially the same facts as alleged in such pending or prior litigation; and

    (2)   alleging any Wrongful Act occurring prior to each individual's respective Continuity Date if the Insured knew or could have reasonably foreseen that such Wrongful Act could lead to a Claim under this policy.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED

*END 25*

_____
AUTHORIZED REPRESENTATIVE

(2/90)

ENDORSEMENT# 26

This endorsement, effective *12:01 am    December 31, 2001*    forms a part of
policy number *874-91-08*
issued to *WORLDCOM, INC.*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

ADDITION TO THE TERM "DIRECTOR(S) OR OFFICER(S)" OR "INSURED(S)"
(GENERAL COUNSEL)

In consideration of the premium charged, it is hereby understood and agreed that Clause 2. DEFINITIONS, Definition of "Director(s) or Officer(s)" or "Insured(s)" is hereby amended to include the General Counsel of the Named Corporation, subject to the following Continuity Date: September 15, 1998.

Furthermore, provided that for the purpose of the applicability of the coverage provided by this endorsement, the Company will be conclusively deemed to have indemnified the persons afforded coverage by this endorsement to the extent that the Company is permitted or required to indemnify such persons pursuant to law (common or statutory), contract, or the charter or by-laws of the Company (which are hereby deemed to adopt the broadest provision of the law which determines, or defines such rights of indemnity). The Company hereby agrees to indemnify such persons to the fullest extent permitted by law, including the making in good faith of any required application for court approval and the passing of any required corporate resolution or the execution of any contract.

It is further understood and agreed that only as respects any additional coverage granted by virtue of this endorsement, the Insurer shall not be liable for any Loss in connection with any Claim(s) made against an Insured:

(1)    alleging, arising out of, based upon or attributable to any pending or prior litigation as of the Continuity Date listed above, or alleging or derived from the same or essentially the same facts as alleged in such pending or prior litigation; and

(2)    alleging any Wrongful Act occurring prior to the Continuity Date listed above, if the Insured knew or could have reasonably foreseen that such Wrongful Act could lead to a Claim under this policy.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

*END 26*

_____
AUTHORIZED REPRESENTATIVE

(2/90)

JUL-12-2004  18:49       KAUFMAN, BORGEEST & RYAN                    P.22

# APPENDIX A
## SECURITIES CLAIMS PANEL COUNSEL LIST

### Alaska

Davis Wright Tremaine
550 W. Seventh Avenue, Suite 1450
Anchorage, AK 99501
Contact:
David W. Oesting            (907) 257-5300

Foster Pepper & Shefelman
601 West Fifth Avenue #500
Anchorage, AK 99501-2226
Contact:
Peter S. Erlichman
Stellman Keehnel
Tim Filer                   (206) 447-8998

### California

Brobeck, Phleger & Harrison LLP
Spear Street Tower
One Market
San Francisco, CA 94105
Contact:
Kevin P. Muck
Michael D. Torpey
Sara B. Brody
Tower C. Snow Jr.           (415) 442-0900

Brobeck, Phleger & Harrison LLP
550 South Hope Street
Los Angeles, CA 90071
Contact:
Daniel J. Tyukody
Howard M. Privette          (213) 489-4060

Brobeck, Phleger & Harrison LLP
550 West C Street, Ste. 1300
San Diego, CA 92101
Contact:
Christopher H. McGrath
William F. Sullivan         (619) 234-1966

Brobeck, Phleger & Harrison LLP
Two Embarcadero Place
2200 Geng Road
Palo Alto, CA 94303
Contact: David M. Furbush
Meredith N. Landy           (650) 424-0160

Cooley Godward, LLP
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Contact:
William E. Grauer           (858) 550-6050

Cooley Godward, LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Contact:
Stephen C. Neal             (650) 843-5182
William S. Freeman          (650) 843-5037

Cooley Godward, LLP
One Maritime Plaza, 20th Floor
San Francisco, CA 94111
Contact:
Paul A. Renne               (415) 693-2073
Gordon C. Atkinson          (415) 693-2088

Davis Wright Tremaine
Suite 600
One Embarcadero Center
San Francisco, CA 94111-3834
Contact:
Martin Fineman              (415) 276-6500

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Contact:
Philip Bosl                 (213) 229-7543

Gibson, Dunn & Crutcher LLP
Jamboree Center
4 Park Plaza
Irvine, CA 92614-8557
Contact:
Wayne W. Smith              (714) 451-4108

Gibson, Dunn & Crutcher LLP
525 University Ave., Ste. 220
Palo Alto, CA 94301
Contact:
John C. Dickey              (415) 463-7324

Heller, Ehrman, White & McAuliffe
333 Bush Street
San Francisco, CA 94104
Contact:
Douglas M. Schwab
M. Laurence Popofsky
Michael J. Shepard          (415) 772-6000

Heller, Ehrman, White & McAuliffe
525 University Avenue
Palo Alto, CA 94301
Contact:
Michael L. Charlson
Norman J. Blears            (650) 324-7000

(Revised (6/00)

JUL-12-2004   10:49   KAUFMAN BURGESS & KITH

# APPENDIX A
## SECURITIES CLAIMS PANEL COUNSEL LIST

Heller, Ehman, White & McAuliffe
4250 Executive Square
7th Floor
San Diego, CA 92037-9103
Contact:
David E. Kleinfeld          (858) 450-8400

Heller, Ehman, White & McAuliffe
601 South Figueroa Street, 40th Fl.
Los Angeles, CA 90017-5758
Contact:
Jerry L. Marks
Darryl L. Snider          (213) 689-0200

Irell & Manella
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
Contact:
Richard Borow
David Schwartz
David Gindler
David Siegel
James F. Elliot
Jim Adler          (310) 277-1010

Latham & Watkins
633 West Fifth Street
Suite 4000
Los Angeles CA, 90071-2007
Contact:
Hugh Steven Wilson          (213) 485-1234

Latham & Watkins
75 Willow Road
Menlo Park, CA 94025
Contact:
Paul H. Dawes          (650) 328-4600

McCutchen, Doyle, Brown & Enerson LLP
355 South Grand Avenue
Suite 4400
Los Angeles, CA 90071-1560
Contact:
John C. Morrissey          (213) 680-6416

McCutchen, Doyle, Brown & Enerson LLP
Three Embarcadero Center
San Francisco, CA 94111
Contact:
David M. Balabanian          (415) 393-2170
Karen L. Kennard          (415) 393-2626

McCutchen, Doyle, Brown & Enerson, LLP
3150 Porter Drive
Palo Alto, CA 94303-1212
Contact:
Mary Huser          (650) 849-4914

Morrison & Foerster
425 Market Street
San Francisco, CA  94104-2482
Contact:
Paul T. Friedman
Melvin R. Goldman          (415) 268-7000

Morrison & Foerster LLP
555 West 5th Street - Suite 3500
Los Angles, CA 90013-1024
Contact:
Robert S. Stern
B. Scott Silverman          (213) 892-5200

Morrison & Foerster, LLP
19900 MacArthur Boulevard, 12th Floor
Irvine, CA 90017
Contact:
Josephine Staton Tucker          (714) 251-7500

Munger, Tolles & Olson
355 South Grand Avenue-35th Floor
Los Angeles, CA 90071-1560
Contact:
Dennis L. Kinnaird          (213) 683-9264
John W. Spiegel          (213) 683-9152
George M. Garvey          (213) 683-9153

O'Melveny & Myers LLP
400 South Hope Street, 15th Floor
Los Angeles, CA 90071-2899
Contact:
Robert Vanderet
Seth Aronson          (213) 430-6000

O'Melveny & Myers LLP
610 Newport Center
Newport Beach, CA 92660
Contact:
Phillip Kaplan
Brett J. Williamson
Michael G. Yoder          (714) 760-9600

O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
Contact:
Richard Warmer
Daniel Bookin          (415) 984-8700

(Revised (5/00)

2

JUL-12-2004  10:50    KROFTHIN, BURGEEST & KIAN

APPENDIX A
SECURITIES CLAIMS PANEL COUNSEL LIST

Orrick Herrington & Sutcliffe LLP
Old Federal Reserve Bank Building
400 Sansome Street
San Francisco CA 94111
Contact:
William Alderman          (415) 773-5944
John H. Kanberg           (415) 773-5469

Orrick Herrington & Sutcliffe LLP
1020 Marsh Road
Menlo Park CA 84025
Contact:
W. Reece Bader            (650) 614-7440

Paul, Hastings, Janofsky & Walker LLP
555 S. Flower Street
Twenty-Third Floor
Los Angeles, CA 90071-2371
Contact:
J. Allan Maines           (213) 683-6000

Pillsbury Madison & Sutro LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA 92626-7122
Contact:
Steven O. Kramer
Walter Robinson           (714) 436-6800

Pillsbury Madison & Sutro LLP
101 W. Broadway, Suite 1800
San Diego, CA 92101-8219
Contact:
David E. Kleinfeld        (619) 234-5000

Pillsbury Madison & Sutro LLP
235 Montgomery Street
San Francisco, CA 94104
Contact:
Bruce A. Ericson
William O. Fisher         (415) 983-1000

Sherman & Sterling
555 California Street
San Francisco, CA 94104
Contact:
Susan Samuels Muck        (415) 616-1100
Dean Krystowski
Jeffrey S. Facter

Simpson Thacher & Bartlett
3373 Hillview Avenue
Palo Alto, CA 94304
Contact:
James G. Kreissm an
Charles E. Koob
George M. Newcombe        (650) 251-5000

Simpson Thacher & Bartlett
10 Universal City Plaza
Suite 852
Universal City, CA 91608
Contact:
Barry R. Ostrager
Seth A. Ribner           (818) 755-7000

Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue
Los Angeles, CA 90071
Contact:
Frank Rothman
Eric S. Waxman           (213) 687-5000

Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue, Suite 220
Palo Alto, CA 94111
Contact:
James E. Lyons           (650) 470-4500

Skadden, Arps, Slate, Meagher & Flom LLP
Four Embarcadero Center
San Francisco, CA 94301
Contact:
James E. Lyons           (415) 984-2698

Sullivan & Cromwell
1888 Century Park East.
Los Angeles, CA 90067-1725
Contact:
Robert A. Sacks          (310) 712-6600

Wilson, Sonsini, Goodrich & Rosati
650 Page Mill Road
Palo, Alto, CA 94304-1050
Contact:
Bruce G. Vanyo
Steven M. Schatz
Boris Feldman
Daniel Mitz
David Priebe
David S. Steuer
Eileen Marshall
Martin W. Korman
Sarah Good               (650) 493-9300

(Revised (5/00)                    3

APPENDIX A
SECURITIES CLAIMS PANEL COUNSEL LIST

**Delaware**

Blank Rome Comisky & McCauley LLP
1220 Market Street, 8th Floor
Wilmington, DE  19801
Contact:
Cathy L. Reese          (302) 425-6400

Wolf, Block, Schorr and Solis-Cohen LLP
One Rodney Square
10th & King Streets
Wilmington, DE  19801
Contact:
David J. Margules        (302) 777-5860

**District of Columbia**

Arnold & Porter
555 Twelfth Street, NW
Washington, D.C. 20004-1202
Contact:
Scott Schreiber          (202) 942-5672

Brobeck, Phleger & Harrison LLP
Market Square East, Suite 220
701 Pennsylvania Avenue, NW
Washington, DC  20004
Contact:
John B. Missing          (202) 220-6000

Cahill Gordon & Reindel
1990 K Street, NW, Suite 950
Washington, DC 20006
Contact:
Donald J. Mulvihill      (202) 862-8900

Davis, Polk & Wardwell
1300 I Street, N.W.
Washington, DC 20005
Contact:
Scott W. Muller          (202) 962-7000

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Contact:
F. Joseph Warin          (202) 887-3609

Greenberg Traurig
800 Connecticut Avenue, NW, Suite 500
Washington, D.C. 20036
Contact:
Joe Reeder               (202) 331-3100
C. Allen Foster
Eric C. Rowe

Patton Boggs, L.L.P.
2550 M Street N.W.
Washington, D.C. 20037
Contact:
Lanny Davis              (202) 457-6000
Eric A. Kuwana
Ronald S. Liebman

Sherman & Sterling
801 Pennsylvania Avenue, N.W.
Contact: Washington, DC 20004-2604
Contact:
Thomas S. Martin         (202) 508-8000
Jonathan L. Greenblatt

Sullivan & Cromwell
1701 Pennsylvania Avenue, N.W.
Washington, DC 20006-5805
Contact:
Margaret K. Pfeiffer
Daryl A. Libow           (202) 956-7500

Willkie Farr & Gallagher
Three Lafayette Centre
1155 21st Street N.W.
Washington, D.C. 20036-3384
Contact:
Kevin B. Clark           (202) 328-8000

**Florida**

Akerman Senterfitt & Eidson, P.A.
Sun Trust International Center
28th Floor
Miami, FL 33131
Contact:
Stanley H. Wakshlag      (305) 374-5600

Fowler White, Gillen, Boggs, Villareal
and Banker, P.A.
501 East Kennedy Boulevard
Suite 1700
Tampa, Fl 33602
Contact:
Burton W. Wiand
W. Donald Cox            (813) 228-7411

Greenberg Traurig
1221 Brickell Avenue
Miami, FL 33131
Contact:
Hilarie Bass             (305) 579-0500

(Revised (6/00)                        4

JUL-12-2004  18:58           KAUFMAN BORGEEST & RYAN                      P.03

## APPENDIX A
## SECURITIES CLAIMS PANEL COUNSEL LIST

Greenberg Traurig
777 South Flagler Drive
West Palm Beach, FL 33401
Contact:
Mark F. Bideau              (561) 650-7900

Greenberg Traurig
111 North Orange Avenue
Orlando, FL 32801
Contact:
Tucker H. Byrd             (407) 420-1000

Greenberg Traurig
101 East College Avenue
Post Office Drawer 1838
Tallahassee, FL 32302
Contact:
Barry Richard              (850) 222-6891

Holland & Knight
400 North Ashley Drive, Suite 2300
Tampa, FL 33602
Contact:
Frederick S. Schrils
G. Calvin Hayes
Francis Curran             (813) 227-8500

Holland & Knight
50 North Laura Street, Suite 3900
P.O. Box 52687 (Zip 32201)
Jacksonville, Fl 32202
Contact:
George E. Schultz, Jr.
Michael G. Tanner
Fred Lotterhos            (904) 353-2000

Holland & Knight
701 Brickell Avenue, Suite 3000
P.O. Box 015441 (Zip 33101)
Miami, FL 33131
Contact:
Greg Baldwin
Tracy A. Nichols         (305) 374-8500

Holland & Knight
315 South Calhoun Street, Suite 600
P.O. Drawer 810 (Zip 32302)
Tallahassee, FL 32301
Contact:
Robert R. Feagin III
Elizabeth Bevington      (850) 224-7000

Holland & Knight
625 North Flagler Drive
P.O. Box 3208 (33402)
West Palm Beach, FL 33401
Contact:
D. Culver Smith, III (Skip)    (513) 833-2000

Holland & Knight
200 South Orange Avenue
SunTrust Building, Suite 2600
P.O. Box 1525 (Zip 32802)
Orlando, FL 32801
Contact:
William Wilson           (407) 425-8500

McGuire Woods Battle & Boothe
3300 Barnett Center
50 North Laura Street
Jacksonville, FL 32202-3635
Contact:
David M. Wells           (904) 798-2693

Steel, Hector & Davis LLP
200 South Biscayne Boulevard
Miami, FL 33131-2398
Contact:
Lewis F. Murphy, P.A.     (305) 577-2957
Wendy Leavitt

Stroock & Stroock & Lavan LLP
200 South Biscayne Boulevard
Miami, FL 33131-2385
Contact:
Richard B. Simring
Robert W. Turken         (305) 358-9900

Zuckerman Spaeder Taylor & Evans LLP
900 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131
Contact:
Ronald B. Ravikoff
Thomas J. Meeks
Guy A. Rasco             (305) 358-5000

### Georgia

Alston & Bird
One Atlantic Center
1201 W. Peachtree Street
Atlanta, GA 30309-3424
Contact:
Peter Q. Bassett         (404) 881-7343
Mary C. Gill             (404) 881-7000
John Goselin             (404) 881-7000
Rodd R. David            (404) 881-7000

(Revised (8/00)                              5

APPENDIX A
SECURITIES CLAIMS PANEL COUNSEL LIST

King & Spalding
191 Peachtree Street
Atlanta, GA 30303-1763
Contact:
M. Robert Thornton
Michael R. Smith          (404) 572-4600

Paul Hastings Janofsky & Walker, LLP
600 Peachtree Street, N.W., Suite 2400
Atlanta, GA 30308-2222
Contact:
J. Allen Maines           (404) 815-2500

Smith Gambrell & Russell LLP
3343 Peachtree Road, N.E.
Suite 3100 – Promenade II
Atlanta, GA 30309-3592
Contact:
David A. Handley          (404) 815-3671
John G. Desprelt          (404) 815-3730

Illinois

Freeborn & Peters
311 South Wacker Drive
Suite 3000
Chicago, IL 60606-6677
Contact:
David H. Kistenbroker     (312) 360-6000
Michael L. O'Shaughnessy

Jenner & Block
One IBM Plaza
Chicago, IL 60611
Contact:
Jerold Solovy             (312) 222-9350
Ronald Marmer             (312) 923-2686
J. Kevin McCall           (312) 923-2686

Kirkland & Ellis
2000 East Randolph Drive
Chicago, IL 60601
Contact:
Garrett B. Johnson
Robert J. Kopecky         (312) 861-2000

Sidley & Austin
One First National Plaza
Chicago, IL 60603
Contact:
Walter C. Carlson         (312) 853-7734
Hille Sheppard            (312) 853-7850
Eugene A. Schoon          (312) 853-7279

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606
Contact:
Susan Getzendanner
Timothy A. Nelsen         (312) 407-0700

Sonnenschein Nath & Rosenthal
8000 Sears Tower
Chicago, IL 60606
Contact:
Christopher Q. King       (312) 876-8224
David L. Schiavone        (312) 876-7483

Louisiana

Locke Liddell & Sapp LLP
601 Poydras Street, Suite 2400
New Orleans, LA 70130-6036
Contact:
Brad Foster
John McElhaney
Morris Harrell
Peter Flynn               (504) 558-5100

Massachusetts

Hale & Dorr
60 State Street
Boston, MA 02109
Contact:
Jeffrey B. Rudman
John F. Batter
James W. Prendegast       (617) 526-6000

Hutchins Wheeler & Ditmar P.C.
101 Federal Street
Boston, MA 02110
Contact:
David S. Rosenthal
John Hughes               (617) 951-6624

Mintz, Levin, Cohn, Feris, Glovsky &
Popeo P.C.
One Financial Center
Boston, MA 02111
Contact:
Peter M. Saparoff         (617) 542-6000
Patrick J. Sharkey

Ropes & Gray
One International Plaza
Boston, MA 02110-2624
Contact:
John D. Donovan, Jr.      (617) 951-7566

(Revised (6/00)                           6

JUL-12-2004  10:58        KAUFFMAN BURGEEST & RIAN                                    P.20

APPENDIX A
SECURITIES CLAIMS PANEL COUNSEL LIST

Skadden, Arps, Slate, Meager & Flom LLP
One Beacon Street
Boston, MA 02108
Contact:
Thomas J. Dougherty
George J. Skally        (617) 573-4800

Testa, Hurwitz & Thibeault
High Street Tower
125 High Street
Boston, MA 02110
Contact:
Brian E. Pastuszenski   (617) 248-7253
Jordan D. Hershman      (617) 248-7363

### Minnesota

Dorsey & Whitney LLP
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402
Contact:
Brian E. Palmer
Edward J. Pluimer
J. Jackson
Peter S. Hendrixson
Peter W. Carter
Roger J. Magnuson       (612) 340-2600

Faegre & Benson LLP
90 South Seventh Street
Minneapolis, MN 55402-3901
Contact:
Robert L. Schnell
Thomas L. Kimer         (612) 336-3000

Oppenheimer Wolff & Donnelly LLP
Plaza VII Building, Suite 3400
45 South Seventh Street
Minneapolis, MN 55402
Contact:
Craig W. Gagnon
Michael J. Bleck
Michael E. Keyes        (612) 607-7300

Winthrop & Weinstine, PA
3000 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Contact:
David P. Pearson
Steven C. Tourek
Thomas H. Boyd          (612) 347-0700

### New York

Arnold & Porter
399 Park Avenue
New York, NY 10022-4690
Contact:
Scott Schreiber        (212) 715-1000
Kent A. Yalowitz

Brobeck Phleger & Harrison LLP
1633 Broadway, 47th Floor
New York, NY 10019
Contact:
Francis S. Chlapowski
Gregory A. Markel       (212) 581-1600

Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038
Contact:
Dennis J. Block
Howard R. Hawkins
Jeffrey Q. Smith
Jonathan M. Hoff        (212) 504-6000

Cahill Gordon & Reindel
80 Pine Street
New York, NY 10005
Contact:
Charles A. Gilman
Immanuel Kohn
Thomas J. Kavaler       (212) 701-3000

Cravath, Swaine & Moore
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Contact:
Evan R. Chesler
Francis P. Barron
Julie A. North
Keith R. Hummel
Paul C. Saunders
Peter T. Barbur
Richard W. Clary
Robert H. Baron
Ronald S. Rolfe
Rory O. Millson
Thomas G. Rafferty      (212) 474-1000

{Revised (6/00)}                          7

APPENDIX A
SECURITIES CLAIMS PANEL COUNSEL LIST

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Contact:
Daniel F. Kolb
Frank S. Moseley
Gary G. Lynch
James W.G. Benkard
Robert F. Wise
Robert B. Fiske               (212) 450-4000

Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY 10004
Contact:
Sheldon Raab
Gregory P. Joseph
John A. Borek                 (212) 859-8000

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
Contact:
A. Bendell
B. David Grais
C. Wesley G. Howell           (212) 351-4000

Greenberg Traurig
MetLife Building
200 Park Avenue
New York City, NY 10166
Contact:
Marshall H. Fishman           (212) 801-9200
Alan Mansfield

Kaye, Scholer, Fierman, Hays & Handler
425 Park Avenue
New York, NY 10022
Contact:
Frederic W. Yerman            (212) 836-8663

Kirkland & Ellis
Citicorp Center
153 East 53rd Street
New York, NY 10022-4675
Contact:
Yosef J. Riemer
Frank M. Holozublec           (212) 446-4800

Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
Contact:
Gary Naftalis                 (212) 715-9100

Latham & Watkins
885 Third Avenue, Suite 1000
New York, NY 10022-4802
Contact:
Hon. Kenneth Conboy
John J. Kirby                 (212) 906-1200

Mayer, Brown & Platt
1675 Broadway
New York, NY 10019
Contact:
Dennis P. Orr
Richard A. Spehr
Steven Wolowitz               (212) 506-2500

Milbank, Tweed Hadley & McCloy
One Chase Manhattan Plaza
New York, NY 10005
Contact:
Russell Brooks                (212) 530-5554

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Contact:
Anthony M. Radice
Jack C. Auspitz               (212) 468-8000

Paul Hastings, Jaofsky & Walker LLP
399 Park Avenue, 31st Floor
New York, NY 10022-4597
Contact:
J. Allen Maines               (212) 318-6000

Paul Weiss Rifkind Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6054
Martin Flumenbaum
Claudia Hammerman
Daniel J. Beller
Max Gitter
Richard A. Rosen              (212) 373-3000

Rogen & Wells LLP
200 Park Avenue
New York, NY 10166
Contact:
James N. Benedict             (212) 878-8000
James B. Weidner
John K. Carroll
Mark Holland
Mark Pomerantz

(Revised (5/00)                          6

JUL-12-2004  10:58        KHUFMHN; BURGEESI & RYHN                                    F.58

APPENDIX A
SECURITIES CLAIMS PANEL COUNSEL LIST

Schulte Roth & Zabel LLP
900 Third Avenue
New York, NY 10022
Contact:
Daniel J. Kramer
David M. Brodsky
Irwin J. Sugarman
Robert M. Abrahams          (212) 756-2000

Shearman & Sterling
599 Lexington Avenue
New York, NY 10017
Contact:
Jeremy G. Epstein
R. Paul Wickes              (212) 848-8000

Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017
Contact:
Michael J. Chepiga
Bruce D. Angiolillo
Roy L. Reardon
George M. Newcombe
Paul C. Curnin
Peter Kazanoff              (212) 455-2000

Skadden, Arps, Slate, Meagher & Flom LLP
919 Third Avenue
New York, NY 10022
Contact:
Barry H. Garfinkel
Jonathan J. Lerner
Lea Haber Kuck              (212) 735-3000

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York NY 10038
Contact:
Melvin A. Brosterman
Lawrence Greenwald
Robert Lewin                (212) 806-5400

Sullivan & Cromwell
125 Broad Street
New York, NY 10004-2498
Contact:
D. Stuart Meiklejohn
Gandolfo V. DiBlasi
John L. Warden
John L. Hardiman
Philip L. Graham, Jr.
Richard H. Klapper          (212) 558-4000

Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153
Contact:
Irwin H. Warren
Greg A. Danilow
Joseph Allerhand            (212) 310-8000

Wilkie, Farr & Gallagher
787 Seventh Avenue
New York, NY 10019-6099
Contact:
David L. Foster
Richard L. Posen
Michael R. Young            (212) 728-8000

Ohio

Jones Day, Reavis & Pogue
North Point
901 Lakeside Avenue
Cleveland, OH 44114
Contact:
John M. Newman              (216) 586-3939
John W. Edwards

Oregon

Davis Wright Tremaine
2300 First Interstate Tower
1300 S.W. Fifth Avenue
Portland, OR 97201
Contact:
John F. McGrory             (503) 241-2300

Foster Pepper & Shefelman
One Main Place
101 S.W. Main Street, 15th Floor
Portland, OR 97204-3223
Contact:
Peter S. Ehrlichman
Stellman Keehnel
Tim Filer                   (503) 221-7799

Lane Powell Spears Lubersky LLP
601 S.W. Second Avenue, Suite 2100
Portland, OR 97204
Contact:
D. Meredith Wilson
Milo Petranovich
Robert E. Maloney           (503) 778-2100

(Revised (6/00)                              9

# APPENDIX A
## SECURITIES CLAIMS PANEL COUNSEL LIST

### Pennsylvania

Blank Rome Comisky & McCauley LLP
One Logan Square
Philadelphia, PA 19103-6998
Contact:
Alexander D. Bono
Richard P. McElroy
Jerome R. Richter
Leonard Dubin
Matthew J. Siembieda        (215) 569-5500

Buchanan Ingersoll, PC
One Oxford Centre, 20th Floor
301 Grant Street
Pittsburgh, PA 15219-8800
Contact:
John R. Leathers             (412) 562-1880

Cozen and O'Connor
The Atrium
1900 Market Street
Philadelphia, PA 19103
Contact:
Patrick J. O'Connor
Thomas C. Zielinski
H. Robert Fiebach
Anita B. Weinstein
Steven N. Haas               (800) 665-2000

Dechert Price & Rhoads
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
Contact:
Seymour Kurland
Jeffrey G. Weil
Frederick G. Herold          (215) 994-4000

Morgan, Lewis & Bockius
2000 One Logan Square
Philadelphia, PA 19103-6993
Contact:
Marc J. Sonnenfeld
Elizabeth Hoop Fay           (215) 963-5000

Pepper, Hamilton LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Contact:
Barbara W. Mather
Jon A. Baughman
Laurence Z. Shiekman
M. Duncan Grant
Robert L. Hickok
Thomas E. Zemaitis           (215) 981-4000

Wolf, Block Schorr and Solis-Cohen LLP
12th Floor - Packard Building S.E.
Corner 15th & Chestnut Streets
Philadelphia, PA 19102-2678
Contact:
Jay A. Dubow
Ian A.L. Strogatz
Jerome J. Shestack
M. Norman Goldberger
Mark L. Alderman             (215) 977-2058

### Texas

Akin, Gump, Strauss, Hauer & Feld, L.L.P.
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201-4675
Contact:
Lou Bickel
Mike Lowenberg              (214) 969-2800

Akin, Gump, Strauss, Hauer & Feld, L.L.P.
Pennzoil Place -South Tower
711 Louisiana Street
Suite 1900
Houston, TX 77002
Contact:
Charlie Moore
Paula Hinton                (713) 220-5800

Baker & Botts, L.L.P.
910 Louisianna
Houston, TX 77002-4995
Contact:
David D. Sterling           (713) 229-1946

Baker & Botts, L.L.P.
2001 Ross Avenue
Dallas, TX 75201-2916
Contact:
Robert W. Jordan            (214) 953-6518

Brobeck, Phleger & Harrison LLP
301 Congress Avenue, Suite 1200
Austin, TX 78701
Contact:
Paul R. Bessette            (512) 477-5495

Fulbright & Jaworski, L.L.P.
1301 McKinney
Suite 5100
Houston, TX 77010
Contact:
Frank G. Jones
Richard N. Carrell          (713) 651-5151

JUL-12-2004  10:51     KHUFMHN, BURDEEST & RYHN                         P.52

## APPENDIX A
### SECURITIES CLAIMS PANEL COUNSEL LIST

Fullbright & Jaworski, L.L.P.
2200 Ross Avenue
Suite 2800
Dallas, TX 75201
Contact:
Karl G. Dial                (214) 855-8000

Haynes & Boone, L.L.P.
901 Main Street, Suite 3100
Dallas, TX 75202-3789
Contact:
George Bramblett
Noel Hensley                (214) 651-5000

Jenkins & Gilchrist
1445 Ross Avenue, Suite 3200
Dallas, TX 75202
Contact:
John Gilliam                (214) 855-4306

Jenkins & Gilchrist
1100 Louisiana, Suite 1800
Houston, TX 77002
Conctact:
John Gilliam                (713) 951-3300

Locke Liddell & Sapp LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776
Contact:
Brad Foster
John McElhaney
Morris Harrell
Peter Flynn                 (214) 740-8000

Locke Liddell & Sapp LLP
100 Congress Avenue, Suite 300
Austin, TX 78701-4042
Contact:
Brad Foster
John McElhaney
Morris Harrell
Peter Flynn                 (512) 305-4700

Locke Liddell & Sapp LLP
700 Lavaca, Suite 800
Austin, TX 78701
Contact:
Brad Foster
John McElhaney
Morris Harrell
Peter Flynn                 (512) 404-2000

Locke Liddell & Sapp LLP
600 Travis
3400 Chase Tower
Houston, TX 77002
Contact:
Brad Foster
John McElhaney
Morris Harrell
Peter Flynn                 (713) 226-1200

Thompson & Knight, PC
1700 Pacific Avenue, Suite 3300
Dallas, TX 75201
Contact:
Timothy R. McCormick        (214) 969-1103

Thompson & Knight, PC
98 San Jacinto Boulevard, Suite 1200
Austin, TX 78701
Contact:
Timothy R. McCormick        (512) 469-6100

Thompson & Knight, PC
801 Cherry Street, Suite 1600
Fort Worth, TX 76102
Contact:
Timothy R. McCormick        (817) 347-1700

Thompson & Knight, PC
1700 Texas Commerce Tower
600 Travis
Houston, TX 77002
Contact:
Timothy R. McCormick        (713) 217-2800

Thompson & Knight, PC
1200 Smith Street, Suite 3600
Houston, TX 77002
Contact:
Timothy R. McCormick        (713) 654-8111

Vinson & Elkins L.L.P.
2500 First City Tower
1001 Fannin
Houston, TX 77002-6760
Contact:
David T. Hodges, Jr.        (713) 758-2876
Charles W. Schwartz         (713) 758-3852

Vinson & Elkins L.L.P.
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201-2975
Contact:
Orrin L. Harrison III       (214) 220-7715

(Revised (6/00)                    11

APPENDIX A
## SECURITIES CLAIMS PANEL COUNSEL LIST

Vinson & Elkins L.L.P.
One American Center, Suite 2700
600 Congress Avenue
Austin, TX  78701-3200
Contact:
Richard D. Milvenan          (512) 495-8542

Wilson, Sonsini, Goodrich & Rosati
8911 Capital of Texas Highway
North Westech 360, Suite 3350
Austin, TX  78759-7427
Contact:
Bruce G. Vanyo
Paul Tobias                  (512) 338-5499

**Virginia** ...

Cooley Godward, LLP
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA  20190
Contact:
Robert R. Vieth              (703) 456-8082

Greenberg Traurig
1750 Tysons Boulevard, 12th Floor
McLean, VA  22102
Contact:
Harry M. Glazer
Joseph T. Casey, Jr.         (703) 749-1300

McGuire Woods Battle & Boothe, L.L.P.
One James Center
901 East Cary Street,
Richmond, VA  23219-4030
Contact:
Warren E. Zirkle             (804) 775-4364

McGuire Woods Battle & Boothe, L.L.P.
Tysons II, Suite 1800
1750 Tysons Boulevard
McLean, VA  22102-3892
Stephen M. Colangelo         (703) 712-5371

**Washington**

Davis Wright Tremaine
2600 Century Square
1501 Fourth Avenue
Seattle, Washington 98101-1688
Contact:
Stephen M. Rummage           (206) 622-3150
Ladd B. Leavens              (206) 622-3150

Foster Pepper & Shefelman
1111 Third Avenue, Suite 3400
Seattle, Washington 98101-2399
Contact:
Peter S. Ehrlichman
Stellman Keehnel
Tom Flier                    (206) 447-8998

Heller, Ehrman, White & McAuliffe
701 Fifth Avenue
Seattle, WA  98104-7098
Contact:
George E. Greer
Daniel J. Dunne              (206) 447-0900

Lane Powell Spears Lubersky LLP
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338
Contact:
Christopher B. Wells
James B. Stoetzer
James L Robart
Larry S. Gangnes
Rudy A. Englund              (206) 223-7000

Perkins Coie LLP
1201 Third Avenue, Ste. 4800
Seattle, Washington 98101-3099
Contact:
Ronald L. Berenstain
Harry H. Schneider
Barry M. Kaplan              (206) 583-8888