Wayne E. Borgeest
Joan M. Gilbride
Robert A. Benjamin
**KAUFMAN BORGEEST & RYAN LLP**
200 Summit Lake Dr
Valhalla, New York 10595
(914) 741-6100 (Telephone)
(914) 741-0025 (Facsimile)
wborgeest@kbrlaw.com
jgilbride@kbrlaw.com
rbenjamin@kbrlaw.com

*Attorneys for Axis Reinsurance Company*

DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

AXIS REINSURANCE COMPANY,                :        No. 07-CV-07924-GEL
                                          :
                 Plaintiff,               :
         v.                               :
                                          :
PHILLIP R. BENNETT, et al.,               :
                                          :
                 Defendants.              :
                                          :
-------------------------------------------------------------- X
                                          :
In re                                     :        Chapter 11
                                          :
REFCO, INC., et al.,                      :        Case No. 05-60006-RDD
                                          :
                 Debtors.                 :        Jointly Administered
                                          :
-------------------------------------------------------------- X
                                          :
AXIS REINSURANCE COMPANY,                 :        Adv. Proc. No. 07-01712-RDD
                                          :
                 Plaintiff,               :
         v.                               :
                                          :
PHILLIP R. BENNETT, et al.,               :
                                          :
                 Defendants.              :
                                          :

```
-------------------------------------------------------------------- x
                                                                    :
TONE N. GRANT, et al.,                                              :    Adv. Proc. 07-02005-RDD
                                                                    :
                           Plaintiffs,                              :
            v.                                                      :
                                                                    :
AXIS REINSURANCE COMPANY,                                           :
                                                                    :
                           Defendant.                               :
                                                                    :
-------------------------------------------------------------------- x
                                                                    :
LEO R. BREITMAN, et al.,                                            :    Adv. Proc. No. 07-02032-RDD
                                                                    :
                           Plaintiffs,                              :
            v.                                                      :
                                                                    :
AXIS REINSURANCE COMPANY,                                           :
                                                                    :
                           Defendant.                               :
                                                                    :
                                                                    :
-------------------------------------------------------------------- x
                                                                    :
AXIS REINSURANCE COMPANY,                                           :    (1) No. 07-CV-09420-GEL
                                                                    :    (2) No. 07-CV-09842-GEL
                           Plaintiff,                               :    (3) No. 07-CV-10302-GEL
            v.                                                      :
                                                                    :
PHILLIP R. BENNETT, et al.,                                         :
                                                                    :
                           Defendants.                              :
                                                                    :
-------------------------------------------------------------------- x
                                                                    :
TONE N. GRANT, et al.,                                              :    No. 07-CV-09843-GEL
                                                                    :
                           Plaintiffs,                              :
            v.                                                      :
                                                                    :
AXIS REINSURANCE COMPANY,                                           :
                                                                    :
                           Defendant.                               :
                                                                    :
-------------------------------------------------------------------- x
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           )   s.s.:
COUNTY OF WESTCHESTER      )

      1.    ROBERT A. BENJAMIN, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am an attorney with the firm Kaufman Borgeest & Ryan LLP.

      2.    On January 14, 2008, I caused to be served a true and correct copy of the following documents to be served via electronic mail notification to the parties listed on Exhibit A attached hereto:

- Axis Reinsurance Company's Motion to Stay the Bankruptcy Court's Order of October 19, 2007;
- Declaration of Joan M. Gilbride; and
- Affidavit of Harold Neher

Dated: Valhalla, New York
       January 14, 2008

*[signature]*

ROBERT A. BENJAMIN

KAUFMAN BORGEEST & RYAN LLP
200 Summit Lake Drive
Valhalla, New York 10595
(914) 741-6100 (Telephone)
(914) 741-0025 (Facsimile)
rbenjamin@kbrlaw.com

# **EXHIBIT A**

Gabriel Del Virginia
Law Offices of Gabriel Del Virginia
641 Lexington Avenue
21st Floor
New York, NY 10022
Gabriel.delvirginia@verizon.net

Michael F. Walsh
Greg A. Danilow
Paul A. Ferrillo
Paul Dutka
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Michael.walsh@weil.com
Greg.danilow@weil.com
Paul.ferrillo@weil.com
Paul.dutka@weil.com

Norman L. Eisen
Zuckerman Spaeder LLP
1800 M Street, NW
Washington, DC 20036
neisen@zuckerman.com

Matthew R. Goldman
Wendy J. Gibson
Baker Hostetler LLP
3200 National City Center
1900 East Ninth Street
Cleveland, OH 44114-3485
mgoldman@bakerlaw.com
wgibson@bakerlaw.com

Helen B. Kim
Baker Hostetler LLP
333 South Grand Avenue, Suite 1800
Los Angeles, CA 90071-1523
hkim@bakerlaw.com

Richard Soto
Scott E. Hershman
Stephen R. Blacklocks
Hunton & Williams LLP
200 Park Avenue
New York, NY 10166
rsoto@hunton.com
shershman@hunton.com
sblacklocks@hunton.com

Stuart I. Friedman
Ivan O. Kline
Elizabeth D. Meacham
Friedman & Wittenstein
600 Lexington Avenue
New York, NY 10022
sfriedman@friedmanwittenstein.com
ikline@friedmanwittenstein.com
emeachem@friedmanwittenstein.com

Lisa L. Lambert
Office of United States Trustee
271 Cadman Plaza East, Suite 4529
Brooklyn, NY 11201
Lisa.l.lambert@usdoj.gov

Luc A. Despins
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
ldespins@milbank.com

Richard Cashman
Heller Ehrman LLP
7 Times Square
New York, NY 10036
Holly.kulka@hellerehrman.com

J. Gregory Milmoe
Skadden, Arps, Slate, Meager & Flom LLP
4 Times Square
New York, NY 10036
jmilmoe@skadden.com

Steven Wilamowsky
Timothy B. DeSieno
Mark W. Deveno
Bingham McCutcheon LLP
399 Park Avenue
New York, NY 10022
Steven.wilamowsky@bingham.com
Tim.desieno@bingham.com
Mark.deveno@bingham.com

Donald S. Bernstein
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Dpw.refco@dpw.com

Susheel Kirpalani
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue
New York, NY 10017
susheelkirpalani@quinnemanuel.com

Barbara Moses
Rachel Marissa Korenblat
Morvillo Abramowitz Grand Lason Anello & Bohrer PC
565 Fifth Avenue
New York, NY 10017
bmoses@maglaw.com
rkorenblat@maglaw.com

Robert M. Novick
Jeffrey R. Gleit
Kasowitz Benson Torres & Friedman LLP
1633 Broadway
New York, NY 10019
rnovick@kasowitz.com
jgleit@kasowitz.com

Jeffrey T. Golenbock
Adam C. Silverstein
Golenbock Eiseman Assor Bell & Peskoe LLP
437 Madison Avenue
New York, NY 10022
jgolenbock@golenbock.com
asolverstein@golenbock.com

Michael T. Hannafan
Blake Tyler Hannafan
Hannafan & Hannafan Ltd
One East Wacker Drive, Suite 1208
Chicago, IL 60601
mth@hannafanlaw.com
bth@hannafanlaw.com

Ona T. Wang
Baker Hostetler LLP
45 Rockefeller Plaza, 11th Floor
New York, NY 10111
owing@bakerlaw.com

Daniel J. Standish
Jonathan M. Jacobs
Cara T. Duffield
Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006
dstandish@wileyrein.com
jjacobs@wileyrein.com
cduffield@wileyrein.com

Joseph L. Chairez
Baker Hostetler LLP
600 Anton Boulevard, Suite 900
Costa Mesa, CA 92626
jchairez@bakerlaw.com

Dylan G. Trache
Wiley Rein LLO
7925 Jones Branch Drive
McLean, VA 22102
dtrache@wileyrein.com