Wayne E. Borgeest
Joan M. Gilbride
Robert A. Benjamin
KAUFMAN BORGEEST & RYAN LLP
200 Summit Lake Dr
Valhalla, New York 10595
(914) 741-6100 (Telephone)
(914) 741-0025 (Facsimile)
wborgeest@kbrlaw.com
jgilbride@kbrlaw.com
rbenjamin@kbrlaw.com

*Attorneys for Axis Reinsurance Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| AXIS REINSURANCE COMPANY,  Plaintiff, v. PHILLIP R. BENNETT, et al.,  Defendants. | No. 07-CV-07924-GEL |

------------------------------------------------------------X

| | |
|---|---|
| In re REFCO, INC., et al.,  Debtors. | Chapter 11  Case No. 05-60006-RDD  Jointly Administered |

------------------------------------------------------------X

| | |
|---|---|
| AXIS REINSURANCE COMPANY,  Plaintiff, v. PHILLIP R. BENNETT, et al.,  Defendants. | Adv. Proc. No. 07-01712-RDD |

------------------------------------------------------------X

| | | |
|---|---|---|
| TONE N. GRANT, et al., | : | Adv. Proc. 07-02005-RDD |
|                 Plaintiffs, | : | |
|    v. | : | |
| AXIS REINSURANCE COMPANY, | : | |
|                 Defendant. | : | |

------------------------------------------------------------ X

| | | |
|---|---|---|
| LEO R. BREITMAN, et al., | : | Adv. Proc. No. 07-02032-RDD |
|                 Plaintiffs, | : | |
|    v. | : | |
| AXIS REINSURANCE COMPANY, | : | |
|                 Defendant. | : | |

------------------------------------------------------------ X

| | | |
|---|---|---|
| AXIS REINSURANCE COMPANY, | : | (1) No. 07-CV-09420-GEL |
| | : | (2) No. 07-CV-09842-GEL |
|                 Plaintiff, | : | (3) No. 07-CV-10302-GEL |
|    v. | : | |
| PHILLIP R. BENNETT, et al., | : | |
|                 Defendants. | : | |

------------------------------------------------------------ X

| | | |
|---|---|---|
| TONE N. GRANT, et al., | : | No. 07-CV-09843-GEL |
|                 Plaintiffs, | : | |
|    v. | : | |
| AXIS REINSURANCE COMPANY, | : | |
|                 Defendant. | : | |

------------------------------------------------------------ X

### NOTICE OF AXIS REINSURANCE COMPANY'S MOTION FOR A STAY OF THE BANKRUPTCY COURTS OCTOBER 19, 2007 <u>ORDER PENDING A DECISION ON THE APPEAL</u>

**PLEASE TAKE NOTICE** that, upon Axis Reinsurance Company's Memorandum in Support of its Motion seeking a Stay of the United States Bankruptcy Court for the Southern District's Order of October 19, 2007, the Affidavit of Harold Neher, and the Declaration of Joan M. Gilbride with attached Exhibits, is hereby submitted to the Honorable Gerald E. Lynch at the United States District Court for the Southern District of New York, 500 Pearl Street Room 910, New York, New York, pursuant to the Court's Order of January 10, 2008, and seeks a Stay of the Bankruptcy Court's Order until a decision is made on the pending appeal.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the District Court's Order of January 10, 2008, the Respondents are to submit their supplemental response no later than January 28, 2008.

Dated: Valhalla, New York
January 14, 2008

_/s/ Joan M. Gilbride_
Joan M. Gilbride
KAUFMAN BORGEEST & RYAN LLP
200 Summit Lake Drive
Valhalla, New York 10595
(914) 741-6100 (Telephone)
(914) 741-0025 (Facsimile)
jgilbride@kbrlaw.com