UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AXIS REINSURANCE COMPANY,<br><br>                               Plaintiff,<br>- against -<br><br>PHILLIP R. BENNETT et al.,<br><br>                               Defendants. | No. 07 Civ. 7924 (GEL)<br>No. 07 Civ. 9420 (GEL)<br>No. 07 Civ. 9842 (GEL)<br>No. 07 Civ. 10302 (GEL) |
| TONE N. GRANT et al.,<br><br>                               Plaintiffs,<br>- against -<br><br>AXIS REINSURANCE COMPANY,<br><br>                               Defendant. | No. 07 Civ. 9843 (GEL) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Rachel Korenblat of Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C., with offices located at 565 Fifth Avenue, New York, New York 10017, hereby appears on behalf of Robert Trosten in the above-captioned actions and hereby requests that all papers in the above-captioned actions be served upon the undersigned at the email address stated below.

I certify that I am admitted to practice before this Court.

Dated: January 22, 2007
      New York, New York

                             MORVILLO, ABRAMOWITZ, GRAND,
                             IASON, ANELLO & BOHRER, P.C.

                                  /s/ Rachel Korenblat
                              Rachel Korenblat (RK-0170)

565 Fifth Avenue
New York, New York 10017
(212) 856-9600 (Phone)
(212) 856-9494 (Fax)
Email: rkorenblat@maglaw.com

*Attorneys for Defendant Robert Trosten*