UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------- X

                                 :

In re REFCO, INC. SECURITIES
LITIGATION                          :      Master File: No. 1:07-md-01902 (GEL)

                                 :

                                 :

                                 :     **ECF Case**

                                 :

                                 :

--------------------------------------------------- X

### <u>NOTICE OF CHANGE OF ADDRESS (COUNSEL FOR DENNIS A. KLEJNA)</u>

To the Clerk of the court and all parties of record:

       Please take notice that Helen B. Kim is no longer associated with Baker & Hostetler LLP.

Please change all records effective February 1, 2008 to reflect the following address and contact
information:

                        Helen B. Kim
                        Katten Muchin Rosenman LLP
                        2029 Century Park East, Suite 2600
                        Los Angeles, CA 90067
                        Phone (310) 788-4400
                        Fax (310) 788-4471
                        Helen.Kim@Kattenlaw.com

Dated:  Los Angeles, California             Respectfully submitted,
         February 1, 2008

                                       /s/ Helen B. Kim
                             Helen B. Kim
                             Katten Muchin Rosenman LLP
                             2029 Century Park East, Suite 2600
                             Los Angeles, CA 90067
                             Phone: (310) 788-4400
                             Fax:    (310) 788-4471

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I mailed the foregoing document to the non-CM/ECF participants indicated on the attached Manual Notice List.

_____/s/ Helen B. Kim_____
Helen B. Kim

# Mailing Information for a Case 1:07-md-01902-GEL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com

- **Philip David Anker**
  philip.anker@wilmerhale.com

- **Eric James Belfi**
  ebelfi@labaton.com,electroniccasefiling@labaton.com

- **Bruce Roger Braun**
  bbraun@winston.com

- **Ruth Anne Braun**
  rbraun@winston.com

- **James J. Capra , Jr**
  jcapra@orrick.com

- **Robert Francis Carangelo**
  robert.carangelo@weil.com,mark.ribaudo@weil.com

- **Linda T. Coberly**
  lcoberly@winston.com

- **James P. Cusick**
  jcusick@orrick.com

- **Greg A. Danilow**
  greg.danilow@weil.com,robert.carangelo@weil.com,erin.law@weil.com,seth.goodchild@weil.co

- **Norman L. Eisen**
  neisen@zuckerman.com

- **Stephen John Fearon , Jr**
  stephen@sfclasslaw.com

- **Michael Laurence Feinberg**
  michael.feinberg@wilmerhale.com

- **Ross Eric Firsenbaum**
  ross.firsenbaum@wilmerhale.com

- **Blake Tyler Hannafan**
  bth@hannafanlaw.com,nap@hannafanlaw.com

- **Christopher R. Harris**
  christopher.harris@lw.com,jessica.bengels@lw.com,jason.grossman@lw.com

- **Scott Edward Hershman**
  shershman@hunton.com

- **Elizabeth Heering Hickey**
  elizabeth.hickey@lw.com

- **Helen Byung-Son Kim**
  helen.kim@kattenlaw.com

- **Bradley E. Lerman**
  blerman@winston.com

- **Lori Ann Martin**
  lori.martin@wilmwrhale.com

- **Robert Bruce McCaw**
  robert.mccaw@wilmer.com

- **David Emilio Mollon**
  dmollon@winston.com

- **Richard Edward Nathan**
  renathan@att.net

- **Laura Elizabeth Neish**
  lneish@zuckerman.com

- **Michael Hun Park**
  michael.park@wilmer.com

- **George Theodore Peters**
  peters@whafh.com

- **John V.H. Pierce**
  john.pierce@wilmer.com

- **Mark Floyd Pomerantz**
  mpomerantz@paulweiss.com

- **Marc Dennis Powers**
  Mpowers@bakerlaw.com,tblaber@bakerlaw.com

- **Kerry Lauren Quinn**
  kquinn@paulweiss.com

- **James David Reich , Jr**
  jreich@winston.com

- **Richard A. Rosen**
  rrosen@paulweiss.com,kbodkin@paulweiss.com

- **Miles Norman Ruthberg**
  miles.ruthberg@lw.com

- **Melinda Marie Sarafa**
  msarafa@sarafalaw.com

- **Adam Craig Silverstein**
  asilverstein@golenbock.com

- **Evan J Smith**
  esmith@brodsky-smith.com

- **Alison Frances Swap**
  aswap@orrick.com

- **Beth Ann Tchilinguirian**
  btagliamonti@winston.com

- **Shelley Thompson**
  sthompson@labaton.com,electroniccasefiling@labaton.com

- **Kenneth Yeatts Turnbull**
  kturnbull@orrick.com

- **Ona T. Wang**
  owang@bakerlaw.com,tblaber@bakerlaw.com

- **Dawn M. Wilson**
  dawn.wilson@wilmerhale.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
American Financial International Group - Asia, LLC
Squitieri & Fearon, LLP
32 East 57th Street
12th Floor
New York, NY 10022

Catherine W. Joyce
Winston & Strawn, L.L.P.
35 West Wacker Drive
```

Chicago, IL 60601