UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x
In re REFCO, INC. SECURITIES
LITIGATION

Master File: No. 1:07-md-01902 (GEL)

NOTICE OF APPEARANCE

ECF Case

------------------------------- x

TO: THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendant, Dennis J. Klejna, in the above captioned matter and request that copies of all papers to be served herein be served upon the undersigned at the address stated below.

Dated: New York, New York
       February 6, 2008

KATTEN MUCHIN ROSENMAN LLP

By: _____/s/ Bruce M. Sabados_____
    Bruce M. Sabados (BMS-4258)
    575 Madison Avenue
    New York, NY 10022
    Tel: (212) 940-8800
    Fax: (212) 940-8776
    bruce.sabados@kattenlaw.com

    Attorneys for Defendant
    Dennis J. Klejna

NYC01_84274058_1