UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re REFCO, INC. SECURITIES
LITIGATION

: Master File: No. 1:07-md-01902 (GEL)

: NOTICE OF APPEARANCE

: ECF Case

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO: THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendant, Dennis J. Klejna, in the above captioned matter and request that copies of all papers to be served herein be served upon the undersigned at the address stated below.

Dated:  New York, New York
        February 6, 2008

                                KATTEN MUCHIN ROSENMAN LLP

                                By:_____/s/ Daniel A. Edelson_____
                                    Daniel Edelson (DE-1830)
                                    575 Madison Avenue
                                    New York, NY 10022
                                    Tel: (212) 940-8800
                                    Fax: (212) 940-8776
                                    daniel.edelson@kattenlaw.com

                                    Attorneys for Defendant
                                    Dennis J. Klejna

NYC01_84274064_1