UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

AXIS REINSURANCE COMPANY,

                Plaintiff,

-v-

PHILIP R. BENNETT et al.,

                Defendants.

------------------------------------------------------------x

TONE N. GRANT et al.,

                Plaintiffs,

-v-

AXIS REINSURANCE COMPANY,

                Defendant.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

07 Civ. 7924 (GEL)
07 Civ. 9420 (GEL)
07 Civ. 9842 (GEL)

**ORDER**

07 Civ. 9843 (GEL)

GERARD E. LYNCH, District Judge:

      On February 19, 2008, this Court entered an order in 07 Civ. 10302 denying Axis Reinsurance's January 14, 2008, motion for a stay. (See Docs. ## 17, 26.) This Order clarifies that the Court's February 19, 2008, Order in 07 Civ. 10302 denying Axis's stay motion applies also to the parallel stay motions filed by Axis in the above-captioned cases.

      Accordingly, the Clerk of the Court is respectfully directed to close Docs. ## 17 and 19 in 07 Civ. 7924, Docs. ## 13 and 15 in 07 Civ. 9420, Docs. ## 14 and 16 in 07 Civ. 9842, and Docs. ## 12 and 14 in 07 Civ. 9843, for all internal statistical purposes.

SO ORDERED:

Dated: New York, New York
       March 6, 2008

                                                GERARD E. LYNCH
                                                United States District Judge