# KAUFMAN BORGEEST & RYAN LLP

ANDREW S. KAUFMAN†
WAYNE E. BORGEEST
JULIANNA RYAN
LEE E. BERGER
LORETTA A. KREZ*
JOAN M. GILBRIDE††
JONATHAN D. RUBIN‡
JUDITH M. FISHER*
A. MICHAEL FURMAN*
MICHAEL P. MEZZACAPPA*‡
DOUGLAS J. FITZMORRIS
STEVEN D. WEINER
SCOTT A. SCHECHTER
CHRISTOPHER E. DiGIACINTO*
JONATHAN B. BRUNO*
PAUL J. COLUCCI
MARGARET J. DAVINO*††
JEFFREY C. GERSON††
ROCCO P. MATRA◊
JOHN B. MULLAHY*
MELINDA B. MARGOLIES‡
JEFFREY S. WHITTINGTON◊
CHRISTINE HEENAN

OF COUNSEL:
MARIBETH SLEVIN
SHERRI M. FELDMAN◊

APPELLATE COUNSEL:
JACQUELINE MANDELL

JONATHAN R. HAMMERMAN
HEATHER LASCHEVER*
CAROL S. DOTY†††
BARBARA-ANN M. COSTELLO
ELIZABETH O'BRIEN TOTTEN
RICHARD A. PRETTI
REBECCA KILDUFF
KRISTOPHER M. DENNIS*
BELINDA DODDS-MARSHALL*†
JULIE A. KEEGAN
STEPHANIE B. GITNIK
JENNIFER BIRNBAUM
MICHAEL R. JANES
R. EVON HOWARD*
LEONARD B. COOPER††
ANDREW R. JONES
KEITH L. KAPLAN††
VINCENT C. ANSALDI††
DAVID J. VARRIALE*††
DOUGLAS J. DOMSKY

ATTORNEYS AT LAW

200 SUMMIT LAKE DRIVE
VALHALLA, NEW YORK 10595

TELEPHONE: 914-741-6100
FACSIMILE: 914-741-0025
www.kbrlaw.com

TIMOTHY R. MCCARTHY*
JEFFREY A. GRALNICK
TRACEY REISER-PERTOSOTI
KATHERINE J. O'BRIEN††
DAMIEN SMITH
ANDREW S. KOWLOWITZ*◊
MATTHEW M. FERGUSON◊
D. RYAN BLOOMQUIST
CRISTINA LA MARCA
EDWARD R. NORIEGA◊
MATTHEW SPERGEL
PAUL T. CURLEY
ROBERT A. BENJAMIN*
KATHRYN C. COLLINS
JANINE C. CIALLELLA††
ELAN R. KANDEL*††
BRIAN M. SHER*
MARGARET M. O'CONNOR
JOSHUA B. SANDBERG
EILEEN R. FULLERTON††
DENNIS J. DOZIS*
LYNN M. DUKETTE
RISA D. TARKOFF*
MILLI SHAH*
KATHRYN M. WALSH
LAURA B. JOFFA

KATELIN B. O'ROURKE
BETSY PHILIP
SARA K. WALKER
KERI B. WASSERSTEIN*
REMI D. FLAISHMAN*
MELISSA A. MANNING*
THOMAS LOOKSTEIN
ROBERT R. PEKETE
JULIE A. MICKIEWICZ††
LORRAINE C. SYLVESTER*
JESSICA MOLINARES
JENNIFER M. HAMILTON
ANN MARIE M. ANDREWS*
BAIN R. LOUCKS*

† ALSO ADMITTED IN PA
* ALSO ADMITTED IN NJ
‡ ALSO ADMITTED IN DC
†† ALSO ADMITTED IN CT
ʰ ALSO ADMITTED IN MA
◊ ALSO ADMITTED IN TX
● ALSO ADMITTED IN FL
◊ ALSO ADMITTED IN CA
ⁿ ADMITTED IN NJ ONLY
□ ADMITTED IN CA ONLY
ʷ BARRISTER AT LAW
ADMITTED IN ENGLAND & WALES

April 4, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08

**VIA FAX AND FEDERAL EXPRESS**
Honorable Gerard E. Lynch
United States District Court for the
Southern District of New York
500 Pearl Street, Room 910
New York, NY 10007

    Re:    AXIS Reinsurance Company v. Phillip Bennett, et al.
    Index Nos.:    07-CV-07924 (GEL); 07-CV-01712 (RDD); 08-CV-03242 (GEL)

Dear Judge Lynch:

   We represent AXIS Reinsurance Company ("AXIS") in connection with the captioned matters. Together with Helen Kim (counsel to Mr. Klejna) and Ivan Kline (counsel for William Sexton and Gerald Sherer, and who is serving as scheduling representative for the remaining Insureds moving for summary judgment[1]), we write to Your Honor to jointly request that Your Honor approve a briefing schedule which was negotiated and agreed upon by the parties.

   On Friday evening, March 28, 2008, counsel to Mr. Klejna filed a motion for summary judgment seeking dismissal from the AXIS Declaratory Judgment Action (docket 07-CV-07924-GEL)[2] and a declaration of coverage under Count 1 of his counterclaim (docket 07-CV-01712-RDD Bankr. SDNY).[3]

---

[1] In addition to Mssrs. Sexton and Sherer, the other Insureds who will be moving for summary judgment are Philip Silverman, Joseph Murphy, Tone Grant, Leo Breitman, Nathan Gantcher, David Harkins, Scott Jaeckel, Thomas Lee, Ronald O'Kelley and Scott Schoen (collectively, the "Other Insureds").

[2] 07-CV-07924 (GEL) is the declaratory judgment complaint AXIS filed in the District Court. Your Honor stayed all litigation in that action until 30 days after a decision on AXIS's appeal of the advancement rulings. Through this letter, AXIS does not intend to waive the defense that filing the summary judgment motion with respect to AXIS's declaratory judgment action was a violation of the litigation stay.

[3] This counterclaim was asserted in the Adversary Action initiated by AXIS (07-CV-01712-RDD). AXIS's complaint in that matter was dismissed by the Bankruptcy Court without prejudice. Your Honor withdrew the

APR-04-2008 14:15 KAUFMAN, BORGEEST & RYAN 9147410025 P.03
Case 1:07-cv-07924-GEL   Document 38   Filed 04/07/2008   Page 2 of 2

Ltr. to Honorable Gerard E. Lynch
Page 2 of 2

Pursuant to Local Rule 6.1(b), AXIS's opposition to Mr. Klejna's motion is due April 11, 2008. AXIS has not requested any previous extensions on this motion.

AXIS has been informed by Mr. Kline that other Insureds intend to file a similar (collective) motion for summary judgment on or before Wednesday, April 9, 2008. The parties request a consolidated briefing schedule for the two summary judgment motions as follows:

**Brief in opposition – one brief from AXIS:**   May 2, 2008
**Reply briefs from the Insureds:**   May 23, 2008.

The parties respectfully request that Your Honor approve this proposed briefing schedule.

Respectfully,

KAUFMAN BORGEEST & RYAN LLP

Wayne E. Borgeest
Joan M. Gilbride
Robert A. Benjamin

cc: all counsel (via email only)

SO ORDERED

GERARD E. LYNCH, U.S.D.J.
4/4/08

---

reference on the counterclaims filed in that Adversary Action. The District Court has not yet assigned a new docket number for the counterclaims.