HELEN B. KIM (HK-8757)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone:   310-788-4525
Facsimile:    310-712-8226

PHILIP A. NEMECEK (PN-3319)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Telephone:   212-940-8834
Facsimile:    212-940-8776

*Attorneys for Defendant Dennis A. Klejna*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
AXIS REINSURANCE COMPANY,                :       Case No. 07-cv-07924 (GEL)
                                         :
                    Plaintiff,           :
         v.                              :
                                         :       *Electronically Filed*
PHILLIP R. BENNETT, et al.,              :
                                         :
                    Defendants.          :
-----------------------------------------------------------------x

## JOINDER BY DEFENDANT DENNIS A. KLEJNA IN MOTION TO LIFT STAY

Defendant Dennis Klejna respectfully joins the motion of Defendants William M. Sexton, Gerald Sherer, Joseph Murphy, Philip Silverman, Tone Grant, Leo R. Breitman, Nathan Gantcher, David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Ronald L. O'Kelley and Scott A. Schoen for Lifting of the Stay and for Summary Judgment Dismissing the Complaint of Axis Reinsurance Company to the extent they seek to lift the stay in the above captioned action, as set forth in their Notice of Motion, dated April 9, 2008, and accompanying memorandum of law, dated April 9, 2008, at p.1 n.1.

31428301                                 1

Dated: April 10, 2008

Respectfully submitted,

HELEN B. KIM (HK-8757)
KATTEN MUCHIN ROSENMAN LLP

/s/ Helen B. Kim
2029 Century Park East, Suite 2600
Los Angeles, CA 90068
Telephone: 310-788-4525
Facsimile: 310-712-8226

PHILIP A. NEMECEK (PN-3319)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Telephone: 212-940-8834
Facsimile: 212-940-8776

*Attorneys for Defendant Dennis A. Klejna*