# Katten
KattenMuchinRosenman LLP

575 Madison Avenue
New York, NY 10022-2585
212.940.8800 tel
212.940.6400 fax

BRUCE M. SABADOS
bruce.sabados@kattenlaw.com
212.940.6369 direct
212.940.6649 fax

April 10, 2008



BY HAND

Hon. Gerard E. Lynch
United States District Judge
United States District Court
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  **Axis Reinsurance Company v. Bennett et. al., 1:07-cv-07924-GEL**

Dear Judge Lynch:

    My firm represents defendant Dennis A. Klejna in the above-captioned matter.

    I am currently listed as "lead attorney to be noticed" on behalf of Mr. Klejna in the ECF system for this case. I respectfully request that my partner Helen B. Kim, be substituted for me as the lead attorney to be noticed for Mr. Klejna, and that my name be removed from the docket and the ECF system. Ms. Kim's address is as follows:

> Helen B. Kim (HK-8757)
> Katten Muchin Rosenman LLP
> 2029 Century Park East, Suite 2600
> Los Angeles, CA 90067
> (310) 788-4525 (Telephone)
> (310) 712-8226 (Facsimile)

    Ms. Kim has filed a notice of appearance in this case.

    I also respectfully request that Daniel Edelson, another attorney in my office, be removed from the docket and the ECF system as an attorney to be noticed in this matter.

    I understand that if the Court memo-endorses a copy of this letter, I can arrange for the substitution to be accomplished with the ECF clerks.



Hon. Gerard E. Lynch
April 10, 2008
Page 2

       Thank you for your attention in this matter.

                         Respectfully submitted,

                         Bruce M. Sabados

cc:    All counsel on service list (by e-mail attachment)

                                    SO ORDERED

                                    GERARD E. LYNCH, U.S.D.J.

                                       4/14/08