UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
AXIS REINSURANCE COMPANY,                           :
                                                       Plaintiff,         :     Case No. 07-CV-07924 (GEL)

                                                      v.              :     **NOTICE OF MOTION**
                                                                          :     **TO ADMIT COUNSEL**
PHILLIP R. BENNETT, et al.,                          :     ***PRO HAC VICE***
                                                     Defendants.    :
-------------------------------------------------------------------- x

        PLEASE TAKE NOTICE that, upon the annexed Affirmation of Laura E. Neish, Esq., in support of this motion, and the Declaration of Norman L. Eisen and Certificates of Good Standing annexed thereto, Laura E. Neish, an attorney duly admitted to practice in this Court, hereby moves this Court, on behalf of Defendant Tone N. Grant, for an Order granting the admission *pro hac vice* of Norman L. Eisen, Esq., to argue or try the above-referenced action, in whole or in part.

Dated: May 23, 2008
       New York, New York

                                                         Respectfully submitted,

                                                         _____
                                                         Laura E. Neish (LN-0040)
                                                         Zuckerman Spaeder LLP
                                                         1540 Broadway, Suite 1604
                                                         New York, New York 10036
                                                         Tel: 212-704-9600
                                                         Fax: 212-704-4256
                                                         lneish@zuckerman.com
                                                         *Attorneys for Defendant Tone N. Grant*

1815443.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
AXIS REINSURANCE COMPANY,                  :   Case No. 07-CV-07924 (GEL)
                                           :
                        Plaintiff,         :
                                           :   **AFFIRMATION OF LAURA E.**
               v.                          :   **NEISH IN SUPPORT OF**
                                           :   **MOTION TO ADMIT COUNSEL**
PHILLIP R. BENNETT, et al.,                :   ***PRO HAC VICE***
                                           :
                        Defendants.        :
------------------------------------------------------------------- x

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAURA E. NEISH hereby affirms and states:

1. I am an attorney at law, duly admitted to practice before the courts of the State of New York and the United States District Court for the Southern District of New York.

2. I am associated with the firm of Zuckerman Spaeder LLP, which represents Defendant Tone N. Grant in the above-referenced matter.

3. I am fully familiar with all of the relevant facts and circumstances herein.

4. I respectfully submit this affirmation in support of the accompanying motion to admit Norman L. Eisen to practice *pro hac vice*, on behalf of Defendant Tone N. Grant, in the above-captioned matter.

5. Mr. Eisen is a partner at Zuckerman Spaeder LLP, 1800 M Street NW, Washington, DC 20036, where he practices in the areas of complex civil litigation, securities litigation, and bankruptcy. Mr. Eisen is duly admitted to practice in the courts of Maryland and the District of Columbia. There are no pending disciplinary proceedings against Mr. Eisen in any

1815443.1

State or Federal court.

6. Mr. Eisen has been engaged to represent Tone N. Grant in the above-referenced matter.

7. The Declaration of Mr. Eisen is attached hereto as Exhibit A. Certificates of Good Standing from the Court of Appeals of Maryland and the District of Columbia Court of Appeals are attached hereto as Exhibit B. Mr. Eisen is prepared to comply with all rules of conduct applicable to lawyers admitted to practice in the Southern District of New York as well as the Individual Practices of this Court.

8. Accordingly, I respectfully request that this Court permit Norman L. Eisen to appear pro hac vice on behalf of Tone N. Grant in connection with the above-captioned matter.

Dated: New York, New York
   May 23, 2008

Respectfully submitted,

_____
Laura E. Neish (LN-0040)
Zuckerman Spaeder LLP
1540 Broadway, Suite 1604
New York, New York 10036
Tel: 212-704-9600
Fax: 212-704-4256
lneish@zuckerman.com
*Attorneys for Defendant Tone N. Grant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
AXIS REINSURANCE COMPANY, :
: Case No. 07-CV-07924 (GEL)
Plaintiff, :
: **DECLARATION OF NORMAN**
v. : **L. EISEN IN SUPPORT OF**
: **MOTION FOR ADMISSION**
PHILLIP R. BENNETT, et al., : ***PRO HAC VICE***
:
Defendants. :
------------------------------------------------------------------- x

NORMAN L. EISEN, pursuant to 28 U.S.C. § 1746, hereby declares the following under penalty of perjury:

1. I am a partner at the law firm of Zuckerman Spaeder LLP, 1800 M Street NW, Washington, DC 20036, where I practice in the areas of complex civil litigation, securities litigation, and bankruptcy. I have been engaged to represent Defendant Tone N. Grant in the above-captioned matter.

2. I submit this Declaration in support of the accompanying motion for admission to appear pro hac vice on behalf of Mr. Grant in this matter.

3. As indicated in the Certificates of Good Standing attached hereto, I am an attorney duly admitted to practice in the courts of the State of Maryland and the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal court. I am prepared to comply with all rules of conduct applicable to lawyers admitted to practice in the Southern District of New York as well as the Individual Practices of this Court.

1815443.1

5. Accordingly, I respectfully request that I be permitted to appear pro hac vice on behalf of Tone N. Grant in the above-captioned matter.

Executed this 23rd day of May 2008

_____
Norman L. Eisen

# Court of Appeals
# of Maryland
### Annapolis, MD



### CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the seventeenth day of December, 1991,

### Norman L. Eisen

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this fourteenth day of May, 2008.*

*Bessie M. Decker*
Clerk of the Court of Appeals of Maryland



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

NORMAN L. EISEN

was on the 13TH day of NOVEMBER, 1992 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 15, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
              Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
AXIS REINSURANCE COMPANY,                          :
                                                   :   Case No. 07-CV-07924 (GEL)
                    Plaintiff,                     :
                                                   :   **ORDER FOR ADMISSION**
            v.                                     :   ***PRO HAC VICE* ON WRITTEN**
                                                   :   **MOTION**
PHILLIP R. BENNETT, et al.,                        :
                                                   :
                    Defendants.                    :
-------------------------------------------------------------------- x

Upon the motion of Laura E. Neish, attorney for defendant Tone N. Grant, and Laura Neish's affirmation in support:

**IT IS HEREBY ORDERED** that

>   Norman L. Eisen
>   Zuckerman Spaeder LLP
>   1800 M Street, N.W., Suite 1000
>   Washington, D.C., 20036
>   Tel: 202-778-1800
>   Fax: 202-822-8106
>   neisen@zuckerman.com

is admitted to practice *pro hac vice* as counsel for defendant Tone N. Grant in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

1815443.1

Dated: May ___, 2008
      New York, New York

                                                _____
                                                Honorable Gerard E. Lynch
                                                United States District Court Judge

## CERTIFICATE OF SERVICE

I, Jer-Wei Chen, hereby certify that on May 23, 2008, I caused a true and correct copy of the NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* to be served upon the following parties via first-class mail:

Robert A. Benjamin
Wayne E. Borgeest
Ann Marie Collins
Joan M. Gilbride
KAUFMAN BORGEEST & RYAN LLP
200 Summit Lake Drive
Valhalla, NY 10595
Tel: (914) 741-6100
Fax: (914) 741-0025
*Attorneys for Plaintiff Axis Reinsurance Company*

Jeffrey T. Golenbock
Adam Craig Silverstein
GOLENBOCK EISEMAN ASSOR
 BELL & PESKIE LLP
437 Madison Avenue
New York, NY 10022-7302
Tel: (212) 907-7300
Fax: (212) 754-0330
*Attorneys for Defendant Phillip R. Bennett*

Ivan O. Kline
FRIEDMAN & WITTENSTEIN, P.C.
600 Lexington Avenue
New York, NY 10022
Tel: (212) 750-8700
Fax: (212) 223-8391
*Attorneys for Defendants Gerald Sherer and William M. Sexton*

Greg A. Danilow
Michael F. Walsh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
*Attorneys for Defendants Leo R. Breitman, Nathan Gantcher, David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Ronald L. O'Kelley and Scott Schoen*

Helen B. Kim
KATTEN MUCHIN ROSENMAN, LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Tel: (310) 788-4400
Fax: (310) 788-4471
*Attorneys for Defendant Dennis Klejna*

Barbara Moses
Rachel Korenblat
MORVILLO, ABRAMOWITZ, GRAND
 IASON, ANELLO & BOHRER, P.C.
565 Fifth Avenue
New York, New York 10017
Tel: (212) 880-9540
Fax: (212) 856-9494
*Attorneys for Defendant Robert C. Trosten*

s/ Jer-Wei Chen
Jer-Wei Chen

1815443.1