UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
:
AXIS REINSURANCE COMPANY,             :     No. 07-CV-07924 (GEL)
:
Plaintiff,       :     *Electronically Filed*
:
-against-                   :
:
PHILLIP R. BENNETT, et al.,           :
:
Defendants.      :
----------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Zuckerman Spaeder LLP has been retained to represent Defendant Tone Grant in the above-referenced matter. Undersigned counsel, an associate with Zuckerman Spaeder LLP, was admitted to practice in this district on August 13, 2003.

DATED:  May 23, 2008
        New York, New York

                                              Respectfully submitted,

                                              s/Laura Neish
                                              Laura Neish (LN-0040)
                                              ZUCKERMAN SPAEDER LLP
                                              1540 Broadway, Suite 1604
                                              New York, NY 10036
                                              Tel: 212-704-9600
                                              Fax: 212-704-4256
                                              lneish@zuckerman.com