# EXHIBIT M

Matt Foran/CHI-IL/US/Marsh/MMC

01/25/2005 04:29 PM

To steven.kane@axiscapital.com
cc Pamela M Sylwestrzak/CHI-IL/US/Marsh/MMC@MMC, Robert A Kelly/CHI-IL/US/Marsh/MMC@MMC
bcc
Subject Refco - Warranty Letter

Hello Steven,
Attached please find the warranty letter per your subjectivity. We should have the underlying policies to you shortly.
Thanks,
Matt

refco - axis warranty.pdf

Matt Foran
Marsh USA, Inc.
500 West Monroe
Chicago, IL 60661
312.627.6648
matt.foran@marsh.com

All Recipients
To: steven.kane@axiscapital.com
cc: Pamela M Sylwestrzak/CHI-IL/US/Marsh/MMC@MMC, Robert A Kelly/CHI-IL/US/Marsh/MMC@MMC
From: Matt Foran/CHI-IL/US/Marsh/MMC

# EXHIBIT N



James C Schneider/NYC-NY/US/Marsh/MMC

06/08/2005 05:14 PM

To

cc Brad Kotlewski/NYC-NY/US/Marsh/MMC@MMC, Pamela M Sylwestrzak/CHI-IL/US/Marsh/MMC@MMC, Paul Huelbig/NYC-NY/US/Marsh/MMC@MMC

bcc bhuma.patel@ace-ina.com@internet mfisher@archinsurance.com@internet sean.lukac@axiscapital.com@internet Timothy R Molineux/HAM/BM/Marsh/MMC@MMC lgordon@chubb.com@internet thomas.ruck@cna.com@internet hank.toolan@xlgroup.com@internet mmoran1@stpaultravelers.com@internet jonathan.schmiegel@libertyiu.com@internet Gary Ella/LON/GB/Marsh/MMC@MMC jason.brown@aig.com@internet davd.chin@aig.com@internet kadamson@quantaholdings.com@internet jason_rubman@rlicorp.com@internet ronald.spencer@zurichna.com@internet frank.forde@aig.com@internet

Subject Refco Inc. (HCC Primary Quote) Need Excess Quotes ASAP

To All:

Attached below is HCC's primary $10MM quote for REFCO's D&O. It is imperative that we receive quick feedback and quotes from the marketplace on this program. The IPO date is still firm for 6/15 and the client is looking to build potentially $70MM in limits. This means we have 4 business days to secure and bind this entire program. I ask that all markets come in with their best pricing for the layer desired. The continuity date we are trying to match is 8/5/04.

I will be out of the office 6/9 and 6/10, but you can contact Brad Kotlewski at 212-345-4226. He has been copied on this email as well.

HCC has quoted the following terms:

-$10MM limit
-$500K retention
-$320,000 in premium
-12.5% commission

**Other Terms & Conditions**
-Quoted on U.S. Specialty Insurance Company paper (admitted)
-ERP is 1 year at 150% annual premium
-Includes non-entity EPL coverage
-E&O Exclusion with management carveback
-Investigative Cost Coverage Sublimit for derivative suits:$250,000
-Subretention for non-SEC Claims: $300,000
-Non Rescindable Side A
-Pollution Exclusion with Side A carveback
-BI/PD Exclusion with Side A carveback

We are still negotiating with HCC on the pricing which may end up being in the range of $300K -$320K. I have also listed a bunch of enhancements HCC is considering as well:

2-Amend "A" side deductible from $5k to -0-

3-Consider reducing all other retention to $ 250,000 and the SEC retention to $350,000?

4-Address on policy will by NY address and not Chicago so the Illinois Amendatory shouldn't be on there. Please send a copy of any applicable NY amendatory endorsements and we'll need to review them.

5-Potential carveback for SEC and Side A on E&O exclusion?

6-Bi-lateral Discovery @ 100% AP?

7-Add Risk Manager and General Counsel as Insureds.

8-Add employed Lawyers Endorsement (sample AIG endorsement attached) - No sublimit.

AIG EMPLOYED LAWYERS LEGAL MALPRACTICE EXTENSION - SUBLIMITED.doc

9-Amend definition of Claim to include: "in the case of an investigation by the SEC or a similar state or foreign government authority, after the service of a subpoena upon such **Insured Person.**"

10-Definition of Loss to include: " civil penalties assessed against any **Insured Person** pursuant to Section 2(g) (2)(C) of the Foreign Corrupt Practices Act, 15 U.S.C. § 78dd-2(g)(2)(C)"

11-Severability of Exclusions amended to simply read: The act or knowledge of an Insured Person shall not be imputed to any other Insured Person.

12-Severability of Application to read: "No statement in the application or knowledge possessed by any of the Insured Persons shall be imputed to any other Insured Person for the purpose of determining if coverage is available under Insuring Clause A. The statements in the application made by and knowledge possessed by each Insured Person shall be imputed to the Company for the sole purpose of determining if coverage is available under Insuring Clause B (1) with respect to Claims against such Insured Person, but shall not be imputed to the Company with respect to Claims against other Insured Persons. Knowledge possessed by the signor of the application shall be imputed to the Company with respect to Coverage under Insuring Clause (B) (2).

13-Defense Costs to include pre and post judgement interest.

14-Backdated P&P Litigation Exclusion (6/4/04)

15-CONDITIONS. (F) Changes in Control (c) should be deleted in it's entirety. The policy should not go into run-off or cancel in the event of bankruptcy. Also, Clause (2) (b) of Conditions (F) should be deleted.

The quote, policy form, and all endorsements are attached below for everyone's review. Please let us know your thoughts after you have had a chance to review.

Thanks,
Jim

James C. Schneider
Assistant Vice President
Marsh USA Inc.
1166 Avenue of the Americas

New York, NY 10036
Phone: 212-345-5329
Fax: 212-345-9418
Email: james.c.schneider@marsh.com

 - Attachment.rtf

- NEW USSIC public policy 991(03-2004).doc

- IL USSIC PR 1117C-IL.doc

- 991-301 EPL - non-entity (Public).doc

- 991-412 EO exclusion with management carveback.doc

- 991-442 Amend Poll. Excl. - A-side carveback (Public).doc

- 991-444 Amend BIPD Excl - A-side carvebk (Public).doc

- 991-804 Derivative Demand Investigation Cost Cov Sublimit.doc

- 991-830 Subretention for non-SEC claims.doc

- 991-861 Non-Rescindable - A-Side Only - Absolute (Public).doc

- IL USSIC PR 1117C-IL.doc

All Recipients

To:

cc: Brad Kotlewski/NYC-NY/US/Marsh/MMC@MMC, Pamela M Sylwestrzak/CHI-IL/US/Marsh/MMC@MMC, Paul Huelbig/NYC-NY/US/Marsh/MMC@MMC

From: James C Schneider/NYC-NY/US/Marsh/MMC

# EXHIBIT O



Kenny Li/NYC-NY/US/Marsh/MMC
08/10/2005 04:27 PM

To
cc
bcc frank.forde@aig.com jerome.brendle@awac.com sean.lukac@axiscapital.com mfisher@archinsurance.com carla.waller@xlgroup.com Hank.Toolan@xlgroup.com
Subject Fw: Refco Inc. - Primary Binder

Please see the attached primary binder.

kl

---

Kenny Li
Marsh USA Inc.
Private Equity and Mergers & Acquisitions Svcs.
1166 Avenue of the Americas - 38th Floor
New York, NY 10036
Phone: 212-345-1989 Fax: 212-345-8491
Email: Kenny.Li@marsh.com

---

----- Forwarded by Kenny Li/NYC-NY/US/Marsh/MMC on 08/10/2005 04:09 PM -----

SMCQUILLEN@HCC-Global.com@Internet
Sent by: SMCQUILLEN@hcc-global.com
08/10/2005 04:07 PM

To James C Schneider/NYC-NY/US/Marsh/MMC@MMC, Kenny Li/NYC-NY/US/Marsh/MMC@MMC
cc erush@HCC-Global.com@Internet, JGEORGE@HCC-Global.com@Internet
Subject Refco Inc. - Primary Binder

Following your conversations and correspondence with Eric Rush on the above referenced account, and at his request, enclosed herewith please our binder. An executed copy will be faxed to your attention separately. Should you have any questions or if you require anything additional, please do not hesitate to contact our office.

For clarification please note that payments should be remitted to either address below as follows:

Via Overnight Mail:
Webster Bank
Attn: Lockbox Department
436 Slater Road
New Britain, CT 06053

Via Regular Mail:
HCC Global Financial Products LLC
Dept 630
P.O. Box 150473
Hartford, CT 06115-0473

Regards
Sue

Suzanne McQuillen
HCC Global Financial Products
111 Pavonia Avenue, Suite 1201
Jersey City, NJ 07310
Phone: 201-216-1136
Fax: 201-216-1225
<<USPUPRBN.PDF>>

Suzanne McQuillen

HCC Global Financial Products
A subsidiary of HCC Insurance Holdings, Inc.

Mailto:SMCQUILLEN@HCC-Global.com
Tel: (201) 216-1136

This e-mail transmission contains confidential information, and may contain privileged information, which is the property of the sender. The information in this e-mail or attachments thereto is intended for the attention and use of the addressee. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon or pursuant to, this information by persons or entities other than the intended recipient is strictly prohibited. If you receive this e-mail in error, please delete and destroy the e-mail and any attachments thereto and contact the sender immediately.

- USPUPRBN.PDF

**All Recipients**
**To:** James C Schneider/NYC-NY/US/Marsh/MMC@MMC, Kenny Li/NYC-NY/US/Marsh/MMC@MMC
**cc:** erush@HCC-Global.com@Internet, JGEORGE@HCC-Global.com@Internet
**From:** SMCQUILLEN@hcc-global.com@Internet

**All Recipients**
**To:**
**cc:**
**From:** Kenny Li/NYC-NY/US/Marsh/MMC



**HCC Global Financial Products**
111 Pavonia Avenue
Suite 1201
Jersey City, NJ 07310
United States of America
Tel: +1 (201) 216-1136
Fax: +1 (201) 216-1225
www.hcc-global.com

*via facsimile (212) 345-8491*

August 10, 2005

James C. Schneider
Marsh, Inc. of NY, NY
1166 Avenue of the Americas
New York, NY 10036

Re: Refco Inc.
Directors and Officers Liability

Dear James:

HCC Global Financial Products is pleased to present the following confirmation of binding on behalf of U.S. Specialty Insurance Company (Form USSIC 991 (03/2004)):

**ITEM 1.** **Name And Principal Address:**
Refco Inc.
550 W. Jackson Blvd. Suite 1300
Chicago, IL 60661

**ITEM 2.** **Policy Number:** 24-MGU-05-A10821

**ITEM 3.** **Policy Period:** (a) Inception Date: 8/11/2005
(b) Expiration Date: 8/11/2006
at 12:01 a.m. at the Principal Address stated in ITEM 1.

**ITEM 4.** **Limit of Liability (Inclusive of Defense Expenses):**
$10,000,000 Limit of Liability (inclusive of defense expenses)

**ITEM 5.** **Retentions:**
$ 0 per Insured Person each claim under Insuring Agreement ( A )
$300,000 each claim under Insuring Agreement (B 1 )
$500,000 each claim under Insuring Agreement (B2)

**ITEM 6.** **Premium:** $395,000.00

**ITEM 7.** **Endorsements Effective at Inception:**
80016 - Terrorism Coverage (premium allocated: included in premium below)
991-301 - Non Entity EPLI
991-302 - Amend Definition of Insured Person to add Specific Individual: Insurance Manager and General Counsel.
991-319 - Amend Definition of Loss to Include Pre-judgement Post-judgement interest
991-322 - Employed Lawyers Extension w/ Co-Def Requirement, Separate Limit and Retention: $1mm sub-limit.
991-412 - E&O Exclusion with Management Carveback
991-415 - Specific Litigation Exclusion: McElwreath Case
991-442 - Amend Pollution Exclusion A-Side Carveback
991-444 - Amend Exclusion (c) (BI/PD, etc) - A Side Carveback
991-701 - Full Severability
991-804 - Investigative Cost Coverage Sublimit for Derivative Suits: $250,000
991-830 - Separate Retention for Securities Claims Under Insuring Agreement (B)(1) - $300,000
991-861 - Non-Rescindable A-Side Only-Absolute
991-876 - Specific Event(s) Exc. - Wells Notice/SEC Investigation
Illinois Amendatory - USSIC 1117C-IL
MANU - Controlling Shareholder coverage for Philip Bennett only

**ITEM 8.** **Discovery:** An optional extension period of 365 days will be available for 150% of the total premium paid.

**ITEM 9.** **Commission:** 12.5%

**Contingencies:**
**Please note that this binder is contingent upon all of the following:**
- The fully executed Terrorism Disclosure Notice.
- A copy of the Final Prospectus.
- Payment of the premium by the date indicated on the attached invoice

**Failure to meet these contingencies may result in coverage being cancelled or voided ab initio.**

Sincerely,

Jordan George on behalf of Eric Rush
(201) 216-1195
erush@hcc-global.com



**HCC Global Financial Products**
111 Pavonia Avenue
Suite 1201
Jersey City, NJ 07310
United States of America
Tel: +1 (201) 216-1136
Fax: +1 (201) 216-1225
www.hcc-global.com

August 10, 2005

Marsh, Inc. of NY, NY
1166 Avenue of the Americas
New York, NY 10036

# INVOICE

**PLEASE REMIT YOUR PAYMENT TO:**
***Please note our new remit to address:***

**Via Overnight Mail:**
Webster Bank
Attn: Lockbox Department
436 Slater Road
New Britain, CT 06053

**Via Regular Mail:**
HCC Global Financial Products - **(5405AA)**
Dept 630
P.O. Box 150473
Hartford, CT 06115-0473

| | | |
|---|---|---|
| Policy No.: | 24-MGU-05-A10821 | |
| Policy Name: | Refco Inc. | |
| Effective - Expiration Dates: | 8/11/2005 to 8/11/2006 | |
| Insurer: | U.S. Specialty Insurance Company | |
| Broker: | James C. Schneider | |
| Commission Percentage: | 12.5% | |
| Total Premium: | $395,000.00 | |
| Taxes and/or Assessments: | $ N/A | (not applicable for all states) |
| **Net Due:** | **$345,625.00** | |
| **Payment Due Date:** | **9/10/2005** | |

Please remit full amount by the date indicated above. Failure to do so may result in coverage being cancelled or voided ab initio. Please feel free to contact our office at (201) 216-1195 with any questions regarding this remittance.