DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

*Electronically Filed*

------------------------------------------------------------------ X
IN RE:                                                             :
                                                                   :    No. 07-CV-07924-GEL
AXIS REINSURANCE COMPANY REFCO                                     :
RELATED INSURANCE LITIGATION                                       :
                                                                   :
------------------------------------------------------------------ X

## STIPULATED BRIEFING SCHEDULE FOR KLEJNA MOTION FOR RECONSIDERATION

WHEREAS, this Court issued an Opinion and Order regarding several Summary Judgment Motions on June 18, 2008;

WHEREAS, on July 3, 2008, Mr. Klejna filed a motion for reconsideration of the June 18, 2008 Opinion and Order (the "Reconsideration Motion");

WHEREAS, AXIS's opposition to the Reconsideration Motion, pursuant to Local Rule 6.1(b) would be due on July 23, 2008;

WHEREAS, the parties have not previously requested an extension of time in connection with the Reconsideration Motion;

NOW THEREFORE, it is hereby stipulated, consented and agreed to, by and among the parties hereto, as follows:

1. Subject to further order of this Court, AXIS shall file its opposition to the Reconsideration Motion on or before August 1, 2008; and

2.   Subject to further order of this Court, Mr. Klejna shall file his reply, if any, on or before August 15, 2008.

| **KAUFMAN BORGEEST & RYAN LLP** | **KATTEN MUCHIN ROSENMAN LLP** |
|---|---|
| /s/ Robert A. Benjamin | /s/ Helen B. Kim |
| Joan M. Gilbride (JG-6238) | Helen B. Kim (HK-8757) |
| Robert A. Benjamin (RB-9891) | 2029 Century Park East, Suite 2600 |
| 200 Summit Lake Drive | Los Angeles, CA 90067 |
| Valhalla, New York 10510 | *Attorneys for Dennis Klejna* |
| *Attorneys for AXIS Reinsurance Company* | |

SO ORDERED this __ day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE