Wayne E. Borgeest
Joan M. Gilbride
Robert A. Benjamin
KAUFMAN BORGEEST & RYAN LLP
200 Summit Lake Dr
Valhalla, New York 10595
(914) 741-6100 (Telephone)
(914) 741-0025 (Facsimile)
wborgeest@kbrlaw.com
jgilbride@kbrlaw.com
rbenjamin@kbrlaw.com

*Attorneys for AXIS Reinsurance Company*

DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
IN RE:                                                                   :
                                                                         :
AXIS REINSURANCE COMPANY REFCO                                           :
RELATED INSURANCE LITIGATION                                             :
                                                                         :
------------------------------------------------------------------------ X

*Electronically Filed*

No. 07-CV-07924-GEL

**DECLARATION OF SERVICE**

STATE OF NEW YORK        )
                         )    s.s.:
COUNTY OF WESTCHESTER    )

1.  ROBERT A. BENJAMIN, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am an attorney with the firm Kaufman Borgeest & Ryan LLP.

2.  On August 1, 2008, I caused to be served a true and correct copy of the following documents via electronic mail notification and reference to ECF to the parties listed on Exhibit A attached hereto:

- AXIS Reinsurance Company Brief in Opposition to Dennis A. Klejna's Motion for Reconsideration of this Court's June 18, 2008 Opinion and Order.

Dated: Valhalla, New York
       August 1, 2008

_____
ROBERT A. BENJAMIN

KAUFMAN BORGEEST & RYAN LLP
200 Summit Lake Drive
Valhalla, New York 10595
(914) 741-6100 (Telephone)
(914) 741-0025 (Facsimile)
rbenjamin@kbrlaw.com

**EXHIBIT A**

Stephen J. O'Neil
Bell, Boyd & Lloyd LLP
70 W. Madison St., 3100
Chicago, IL 60602
soneil@bellboyd.com

Michael J. Walsh
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
mj.walsh@weil.com

Thomas G. Macauley
ZUCKERMAN SPAEDER LLP
919 Market Street, Suite 990 P.O. Box 1028
Wilmington, DE 19801-3036
tmacauley@zuckerman.com

Michael T. Hannafan
Blake T. Hannafan
Hannafan & Hannafan, Ltd.
One East Wacker Drive, Suite 280
Chicago, IL 60601
mth@hannafanlaw.com
bth@hannafanlaw.com

Richard Cashman
Heller Ehrman LLP
Times Square Tower
7 Times Square
New York, NY 10036-6524
richard.cashman@hellerehrman.com

Greg A. Danilow
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
greg.danilow@weil.com

Norman Eisen
ZUCKERMAN SPAEDER LLP
1800 M Street, NWSuite 1000
Washington, DC 20036-5802
neisen@zuckerman.com

Laura E. Neish
ZUCKERMAN SPAEDER LLP
1540 Broadway Suite Suite 1604
New York, NY 10036-4039
lneish@zuckerman.com

Barbara Moses
Morvillo, Abramowitz, Grand,
Iason, Anello & Bohrer, P.C.
565 Fifth Avenue
New York, New York 10017
bmoses@maglaw.com

John J. Jerome
Saul Ewing LLP
245 Park Avenue, 24th Floor
New York, NY 10167
jjerome@saul.com

Philip Nemecek
Helen Kim
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, New York  10022-2585
philip.nemecek@kattenlaw.com
helen.kim@kattenlaw.com

Stuart I. Friedman
Ivan O. Kline
Elizabeth D. Meacham
Friedman & Wittenstein
600 Lexington Avenue
New York, NY 10022
sfriedman@friedmanwittenstein.com
ikline@friedmanwittenstein.com
emeachem@friedmanwittenstein.com

Jeffrey T. Golenbock
Golenbock Eiseman Assor
Bell & Peskoe LLP
437 Madison Avenue, 35th Floor
New York, NY  10022-7302
jgolenbock@golenbock.com

Gary P. Naftalis
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York  10036
gnaftalis@kramerlevin.com