UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re AXIS REINSURANCE COMPANY,          :
REFCO RELATED INSURANCE LITIGATION       :
                                         :   No. 07-CV-07924 (JSR)
                                         :
----------------------------------------------------------x

### SPECIAL MASTER'S ORDER AMENDING REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON MOTION FOR PARTIAL SUMMARY JUDGMENT BY AXIS REINSURANCE COMPANY

The Report and Recommendation of the Special Master on Motion for Partial Summary Judgment by Axis Reinsurance Company, dated March 7, 2010 and filed March 8, 2010 (Doc. 139), is hereby amended as follows:

1. Page 3, Section I.C, first sentence of first paragraph should read: "After Judge Lynch preliminarily approved the December 2007 Settlement – and after it rejected the July 2007 Settlement – AXIS filed a motion for partial summary judgment on the question of whether AXIS could be liable to Klejna for damages beyond its policy limits."

2. Page 5, Section II, first sentence of first paragraph, should read: "At a conference with the parties on October 30, 2009, Judge Rakoff indicated that AXIS could file a motion for reconsideration once it had shown that its policy limit had been exhausted."

IT IS SO ORDERED:

_____
Daniel J. Capra
Special Master

Dated: March 19, 2010
New York, New York